IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:19-cv-624

DAVID DUVALL,

    Plaintiff,

v.

NOVANT HEALTH, INC.

    Defendant.

[PROPOSED]

ORDER

THIS MATTER is before the Court on the Motion of the Plaintiff to extend the time in which to respond to the first discovery requests propounded by the Defendant. It appears to the Court that good cause exists for granting the Motion.

WHEREFORE, it is hereby ordered that Plaintiff shall have 30 additional days, until March 11, 2020, in which to answer and otherwise respond to the first discovery requests propounded by the Defendant.

IT IS SO ORDERED, this the ____ day of February, 2020.

_____