IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-00624-DSC

| | |
|---|---|
| DAVID L. DUVALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| NOVANT HEALTH INC., ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on "Plaintiff's Motion to Compel" (document #20) and the parties' briefs and exhibits. For the reasons stated in Plaintiff's briefs, the Motion is granted.

**NOW THEREFORE IT IS ORDERED that:**

1. On or before August 5, 2020, Defendant shall make full responses to the discovery requests specified in "Plaintiff's Memorandum …" at 8 (document #22).

2. On or before August 19, 2020, at a date, time and location mutually agreeable to the parties, Defendant shall make Carl Armato available for deposition.

3. The Clerk is directed to send copies of this Order to counsel for the parties.

**SO ORDERED**.   Signed: July 21, 2020

_____
David S. Cayer
United States Magistrate Judge