# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:19-CV-00624

| | |
|---|---|
| DAVID DUVALL, | ) |
|     Plaintiff, | ) |
| v. | ) |
| | ) |
| NOVANT HEALTH, INC. | ) |
| | ) |
|     Defendant. | ) |

## PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff, through counsel and pursuant to Rule 56(a) of the Federal Rules of Civil Procedure, moves for partial summary judgment on his First and Third Claims for Relief. For the reasons set out in his Brief and based upon the portions of the record submitted, there are no triable issues of material fact as to Defendant's liability under Title VII or under North Carolina law of wrongful discharge in violation of the public policy set out in N.C.G.S. 143-422.2.

Respectfully submitted this 21st day of September, 2020.

**/s/ S. Luke Largess**
S. Luke Largess
NC Bar No. 17486
TIN, FULTON, WALKER & OWEN, PLLC
301 East Park Avenue
Charlotte, NC 28203
Tel.: 704-338-1220
Fax: 704-338-1312
llargess@tinfulton.com
Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I certify that I have served the foregoing Document upon Defendant through the ECF system

This is the 21st day of September, 2020.

**/s/ S. Luke Largess**
S. Luke Largess

*Attorney for the Plaintiff*