IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-624-DSC

| | |
|---|---|
| DAVID DUVALL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NOVANT HEALTH, INC., ) <br> ) <br> Defendant. ) | **VERDICT FORM** |

1. Has Plaintiff David Duvall proven that his race (Caucasian) and/or his sex (male) was a motivating factor in Novant Health's decision to terminate him?

    Answer Yes __✓__ or No_____

If you answered "No" to Question 1, do not answer the remaining questions. Please have your foreperson sign and date this form and alert the Clerk that you have completed your deliberations. If you answered "Yes" to Question 1, continue to Question 2.

2. Has Novant Health proven that it would have made the same decision to terminate David Duvall regardless of his race (Caucasian) and/or his sex (male)?

    Answer Yes_____ or No __✓__

If you answered "Yes" to Question 2, do not answer the remaining question. Please have your foreperson sign and date this form and alert the Clerk that you have completed your deliberations. If you answered "Yes" to Question 1 and "No" to Question 2, continue to Question 3.

3. What amount of punitive damages, if any, should be awarded against Novant Health?

    Answer __Ten (10) Million Dollars__
    __$10,000,000__

This the 26 day of October, 2021.

Signature of the Foreperson of the Jury: █████████

Printed Name of the Foreperson of the Jury: █████████