IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| DAVID DUVALL,<br><br>      Plaintiff,<br><br>v.<br><br>NOVANT HEALTH, INC.,<br><br>      Defendant. | Civil Action No. 3:19-cv-624-DSC |

## DEFENDANT NOVANT HEALTH, INC.'S
## RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW

COMES NOW Defendant Novant Health, Inc. ("Novant Health"), by and through its counsel, pursuant to Rule 50(b) of the Federal Rules of Civil Procedure, and respectfully files this Renewed Motion for Judgment as a Matter of Law (the "Motion"), following its requests for judgment as a matter of law pursuant to Rule 50(a) at the close of Plaintiff's case and at the close of all of the evidence at trial. (Doc. 117, 130:20-136:6, 141:20-144:15; Doc. 118, 16:13-17).

Novant Health renews its motion for judgment as a matter of law on the ground that there is not a legally sufficient basis upon which a reasonable jury could find in favor of Plaintiff based on the admissible evidence submitted at trial. Novant Health submits a memorandum setting forth the factual and legal support for this Motion herewith and incorporates the memorandum herein by reference.

For the reason set forth above, and those set forth in Novant Health's memorandum, Novant Health requests that the Court grant this Motion, vacate the jury's verdict in favor of Plaintiff, and enter judgment as a matter of law for Novant Health on all claims. Novant Health

also respectfully requests that the Court schedule this Motion for oral argument and enter findings of fact in ruling on this Motion.

Dated this 1st day of February, 2022.

s/ Benjamin R. Holland
Benjamin R. Holland
N.C. Bar No. 28580
ben.holland@ogletree.com
Margaret Santen
N.C. Bar No. 52947
maggie.santen@ogletree.com
Elizabeth R. Gift
N.C. Bar No. 44331
elizabeth.gift@ogletree.com
S. Abigail Littrell
N.C. Bar No. 49354
abby.littrell@ogletree.com

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
201 South College Street, Suite 2300
Charlotte, North Carolina  28244
Telephone:     704.342.2588
Facsimile:     704.342.4379

*and*

Charles E. Johnson
N.C. Bar No. 9890
cejohnson@robinsonbradshaw.com
Stephen M. Cox
N.C. Bar No. 23057
scox@robinsonbradshaw.com
Angelique R. Vincent-Hamacher
N.C. Bar No. 29547
avincent@robinsonbradshaw.com

ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina  28246
Telephone:     704.377.2536
Facsimile:     704.373.3996

***Attorneys for Defendant Novant Health, Inc.***

# CERTIFICATE OF SERVICE

I, Benjamin R. Holland, hereby certify that I have this day electronically filed the foregoing **DEFENDANT NOVANT HEALTH, INC.'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW** with the Clerk of Court using the CM/ECF system, which will send notification of the filing to the following person:

S. Luke Largess
*Attorney for Plaintiff*
Tin, Fulton, Walker & Owen, PLLC
301 East Park Avenue
Charlotte, NC 28203
Telephone: 704.338.1220
Facsimile: 704.338.1312
Email: llargess@tinfulton.com

Dated this 1st day of February, 2022.

                                        s/ Benjamin R. Holland
                                        Benjamin R. Holland, N.C. Bar No. 28580
                                        *Attorney for Defendant*
                                        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
                                        201 South College Street, Suite 2300
                                        Charlotte, NC  28244
                                        Telephone:  704-342-2588
                                        Facsimile:  704-342-4379
                                        Email:  ben.holland@ogletree.com