IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| DAVID DUVALL, <br><br> Plaintiff, <br><br> v. <br><br> NOVANT HEALTH, INC., <br><br> Defendant. | Civil Action No. 3:19-cv-624-DSC |

# EXHIBIT A

## TO

**MEMORANDUM IN SUPPORT OF DEFENDANT NOVANT HEALTH, INC.'S MOTION TO SET ASIDE PUNITIVE DAMAGES**

Chart of Reported Verdicts in the Past 10 Years

| Case Name | Case No. | Court | Case Type | Actual Damages | Compensatory Damages | Punitive Damages |
|---|---|---|---|---|---|---|
| Angela Keene (Dennis and Linda Seay) v. Celanese, et al. | 2013CP4203915 | SC - Spartanburg County, Circuit Court | Employment Toxic Torts Products Liability - Asbestos Wrongful Death | | $12,000,000 | $2,000,000 |
| Saulsberry v. Savannah River Remediation | 1:16-cv-02792 | U.S.D.C South Carolina | Civil Rights - Title VII; CRA 1964 Employment - Retaliation; Race Discrimination | | $475,000 | $1,000,000 |
| Taylor v. Republic Services, Inc., et al. | 1:12-cv-00523-GBL-IDD | U.S.D.C. Eastern Dist. of VA | Civil Rights - Title VII Employment - Retaliation; Sexual Harassment; Wrongful Termination; Hostile Work Environment | $377,734 in back pay $804,791 in front pay | $50,000 - Emotional Distress | Court declined to award punitive damages. |
| Williams v. UniHealth Post-Acute Care, et al. | 2012-CP-38-00845 | SC - Court of Common Pleas, Orangeburg County | Employment Intentional Torts - Slander; Defamation Emotional Distress - Neg. Inflcition of Emotional Distress | | $102,500 | $897,500 |
| Ward v. Autozoners LLC | 7:15-cv-00164-FL | U.S.D.C. Eastern Dist. of NC | Civil Rights - Title VII; CRA of 1964 Employment - Retaliation; Sexual Harassment; Workplace Harassment; Constructive Discharge; Hostile Work Environment Intential Torts - IIED | | $250,000 | $660,000 |
| Rappaport v. Raleigh OB/GYN Centre | 14 CVS 1438 | NC - Superior Court, Wake County | Employment - Retaliation; Wages and Hours; Wrongful Termination; Disability Discrimination Discrimination - Disability Intential Torts - Tortious Interference with a Contract; IIED | | $467,603 | $404,000 |
| Parker v. The National Honorary Beta Club | 2014-CP-42-1759 | SC - Court of Common Pleas, Spartanburg County | Contracts - Fraud; Breach of Contract Employment - Wrongful Termination | $518,006 | | $350,000 |
| Geiger, M.D. v. Central Carolina Surgical Eye Associates, P.A., et al. | 12-CVS-5477 | NC - Superior Court, Guilford County | Employment - Compensation; Wages and Hours; Employment Agreement Contracts - Breach of Contract | $301,900 | $159,386 | $301,900 |
| Driskell v. Summit Contracting Group, Inc. | 3:16-cv-819-FDW-DCK | U.S.D.C. Western Dist. of NC | Employment - Retaliation; Wrongful Termination Workplace - Workplace Safety | | $69,000 | $681,000 |
| Kennedy v. Richland Two County School District, et al. | 13-CP-4001460 | SC - Circuit Court, Richland County | Employment Intentional Torts - Slander; Defamation | | $200,000 | $350,000 |
| Carter & Lytch v. St. Augustine's University | 14-CVS-14273 | NC - Superior Court, Wake County | Employment - Retaliation; Wages and Hours; Wrongful Termination | $4,687 | $175,900 | $150,000 - Jury awarded, but Judge declined in favor of trebleing damages |
| Tirone and Truman's Eclectic Irish Pub, Inc. v. Dailey | 2011CP0702216 | SC - Court of Common Pleas | Employment - Employment Agreement Contracts - Fraud; Breach of Contract Intentional Torts - Conversion | $75,907.70 | | $100,000 |

* Data pulled from VerdictSearch, https://verdictsearch.com.