IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| DAVID DUVALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 3:19-cv-00624-DSC |
| ) | |
| NOVANT HEALTH, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT
AND ENQUITABLE RELIEF**

Plaintiff, through counsel and pursuant to FRCP Rule 58, respectfully moves the Court to enter Judgment in favor of Plaintiff upon the Jury's Verdict of October 26, 2021 as to his First and Third Claims for Relief; to enter Judgment in Equity in favor of Plaintiff on his Second Claim for Relief; and to enter an Order awarding full Backpay to Plaintiff as well as Front Pay in lieu of Reinstatement as Relief for all Claims.

Plaintiff submits two separate memoranda with this Motion, one in support of Judgment on his Second Claim for Relief; and the other in support of make whole relief in his favor as to all three Claims for Relief.

Submitted this 1st day of February, 2022.

/s/ S. Luke Largess
NC Bar No. 17486
*Attorney for Plaintiff*
Tin, Fulton, Walker & Owen, PLLC
301 East Park Avenue
Charlotte, NC 28203
Telephone: 704.338.1220
Email:llargess@tinfulton.com

# CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing Motion with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record:

This is the 1st day of February, 2022.

/s/S. Luke Largess
N.C. Bar No. 17486
*Attorney for Plaintiff*