

**PLAINTIFF'S EXHIBIT 25**

**N NOVANT HEALTH**

June 14, 2013

David G. Duvall
12440 Alameda Trace Circle
Austin, TX 78727

Dear David:

I am pleased to offer you the position of Senior Vice-President of Marketing and Communications for Novant Health. We all look forward to you joining us in achieving our vision of creating the most Remarkable Patient Experience and improving the communities we serve. Your base salary will be $288,000. You will be eligible for Executive Compensation Benefits which include: *Company Match*

- Annual bonus with maximum potential of 50% of base salary depending on your performance. Your eligibility begins in 2013 for partial year.
- Participation in our Long Term Incentive Plan. Your eligibility begins in 2014.
- Perquisite flex dollars of $10,000 per year on approved items.
- Eligibility to defer earnings into a 457(b) "top hat" program as well as our general 403(b) and 401(k) programs.
- Participation in our Supplemental Executive Retirement Defined Contribution Plan which begins in 2014.
- Auto Allowance of $12,000 per calendar year – to be reviewed annually.
- Participation in our general employee benefits plans to include, medical, dental, life insurance, disability insurance, and time off.
- Relocation as defined by our Executive Relocation Policy with an enhanced temporary living arrangement for 6 months with potential consideration of 1-2 additional months.
- A sign on bonus of 10% of your base salary to be paid in your first pay cycle with Novant Health. This money is taxable income.

*[handwritten margin notes: "30% YR vesting in mids"; "15% YR vesting over 3 years"]*

Your start date will be determined based on your conversations with Jesse Cureton and Marilyn Gilliam. This offer is contingent upon the completion of required employment paperwork, a health assessment, and drug testing. Marilyn will work through these logistical details with you.

I am extremely pleased with your decision to join Novant Health and look forward to the positive leadership and values you will bring to our company. *I will appreciate confirmation from you acknowledging receipt of this letter and your acceptance of this position at your earliest convenience.* Please let me know if I can help you during your transition or at any time in the future.

Sincerely,

Jacque Daniels
EVP & Chief Administrative Officer
Novant Health, Inc.
cc: Jesse Cureton
    Marilyn Gilliam

*[handwritten: SEVERANCE: 1 YEAR BASE + BONUS After 6 months of Service; Plus 12-18 months After 5 yrs. of Service.]*