CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

**From:** Armato, Carl
**Sent:** Saturday, February 11, 2017 9:16 AM
**To:** Lindsay, Jeff; Duvall, David G
**Subject:** RE: Fwd: September SHSMD Conference

Agree!

Carl S. Armato
President & CEO
Novant Health

---

**From:** Lindsay, Jeff <▇▇▇>
**Date:** Saturday, Feb 11, 2017, 8:10 AM
**To:** Duvall, David G <▇▇▇>, Armato, Carl <▇▇▇>
**Subject:** RE: Fwd: September SHSMD Conference

David
You and your team are doing great work and bringing us both a level of quality in the product as well as quantifiable impact in the market that we've never had before. Judging from Beth's comments it looks like others still don't have it!

Thanks for sharing this.
Jeff

---

**From:** Duvall, David G <▇▇▇>
**Date:** Saturday, Feb 11, 2017, 8:02 AM
**To:** Armato, Carl <▇▇▇>, Lindsay, Jeff <▇▇▇>
**Subject:** Fwd: September SHSMD Conference

Carl and Jeff,

As you may know, SHSMD (Society for Healthcare Strategy and Market Development) is the premier forum in our field. It's an arm of the American Hospital Association. I spoke there in September in front of several hundred. This is but one of a dozen notes I received.

Clearly, our work at Novant Health is resonating.

Regards,

David

PLAINTIFF'S EXHIBIT 29

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Sent with BlackBerry Work (www.blackberry.com)

**From:** "Lammert, Beth" <​█████████​>
**Sent:** Feb 10, 2017 7:13 PM
**To:** "Duvall, David G" <​█████████​>
**Subject:** September SHSMD Conference

**WARNING:** This email originated from **outside** of Novant Health.

**Do not click links or open attachments** unless you recognize the sender & are expecting the message.

David,

I meant to touch base with you shortly after the SHSMD conference last September, and apologize that it's taken me this long to send you a note.

I must share with you that your presentation at the conference was not only the best at that conference, but quite possibly the best marketing presentation I've ever attended. I've used the info. that you shared to sell moving the marketing needle in the right direction to my leadership team here at Ascension, and as we continue down the path of a lengthy rebrand strategy, my colleagues and I will continue to refer back to the fantastic information you shared.

I must also add that I've shared your creative with anyone who will listen to me about healthcare marketing, as I feel that they are utterly groundbreaking, and they have honestly resonated with me so strongly as the gold standard. (A room of marketing people applauded them at the conference... you couldn't ask for more!)

Anyway, wanted to send that info., and thank you for the knowledge that you shared. It has definitely helped me move forward with our marketing strategy in a more educated way.

Thanks again. Hope you are well.

  **Beth Richard Lammert**
Director, Account Strategy, Marketing & Communications

www.ascension.org   █████████

**One Mission. One Integrated Ministry. One Ascension.**

CONFIDENTIALITY NOTICE:

This email message and any accompanying data or files is confidential and may contain privileged information intended only for the named recipient(s). If you are not the intended recipient(s), you are hereby notified that the dissemination, distribution, and or copying of this message is strictly prohibited. If you receive this message in error, or are not the named recipient(s), please notify the sender at the email address above, delete this email from your computer, and destroy any copies in any form immediately. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege.