## Performance Document - Leader Performance Feedback
# Manager Manager Evaluation - Completed

David Duvall, SVP Marketing & Communications
Leader Performance Feedback, 01/01/2016 - 12/31/2016

**Author:** Jesse Cureton  **Role:** Manager
**Manager:** Jesse Cureton
**Status:** Completed  **Due Date:** 03/24/2017

The document status is Completed.

## Section 1 - Feedback

**Peer, Customer, Direct report feedback**

**Description:** Please provide this person with your open, honest feedback for their learning and development, showing care and concern.

| Created By : | Template | 01/06/2017 3:31PM |

## Section 2 - Mission, Vision, and Values

**Mission, Vision, and Values of Novant Health**

**Description:** Describe overall contribution to the Mission, Vision, and Values of Novant Health.
**Comments:** David continues to lead and build his teams focused on improving patient and consumer growth and impact. He brings operational structure, and process to our marketing strategy.

| Created By : | Template | 01/06/2017 3:31PM |

## Section 3 - Do Well

**Describe "did wells" from which others could learn.**

**Description:** Describe "did wells" from which others could learn.
**Comments:** Always meets with stakeholders for feedback and collaboration.

| Created By : | Template | 01/06/2017 3:31PM |

## Section 4 - Opportunities for Growth and Improvement

**Identify opportunities for growth and improvement**

**Description:** Please Comment on any items identified in prior sections related to opportunities for development.

If no opportunities for development were identified enter N/A in the comments section.
**Comments:** n/a

| Created By : | Template | 01/06/2017 3:31PM |

PLAINTIFF'S EXHIBIT 31

## Section 5 - Review of Annual Requirements

### I have access to and have reviewed my Job Description
**Description :** I have access to and have reviewed my Job Description
**Rating:** Yes    0.00
Created By :    Template    01/06/2017 3:31PM

### Job specific competencies completed (as required)
**Description :** Job specific competencies completed (as required)
**Rating:** Not Applicable    0.00
Created By :    Template    01/06/2017 3:31PM

### License/certifications up to date (as required)
**Description :** License/certifications up to date (as required)
**Rating:** Not Applicable    0.00
Created By :    Template    01/06/2017 3:31PM

### Annual Mandatory Education Completed
**Description :** Annual Mandatory Education Completed
**Rating:** Yes    0.00
Created By :    Template    01/06/2017 3:31PM

### Training summary up to date
**Description :** Training summary up to date
**Rating:** Yes    0.00
Created By :    Template    01/06/2017 3:31PM

### Novant Health's Confidentiality Agreement
**Description :** I have read, understand and agree to comply with Novant Health's Confidentiality Agreement.

Please answer Yes or No.

If no, explain action to resolve in Opportunities for Growth and Improvement section.
**Rating:** Yes    0.00
Created By :    Template    01/06/2017 3:31PM

### Novant Health's Code of Ethics Compliance Plan

> **Description :** I have read, understand and agree to comply with Novant Health's Code of Ethics Compliance Plan.
>
> Please answer Yes or No.
>
> If no, explain action to resolve in Opportunities for Growth and Improvement section.
> **Rating:** Yes  0.00
> Created By :  Template  01/06/2017 3:31PM

### Novant Health Conflict of Interest Policy

> **Description :** I have read, understand and agree to comply with Novant Health's Conflict of Interest policy, and have made all necessary disclosures.
>
> Please answer Yes or No.
>
> If No, explain action to resolve in Opportunities for Growth and Improvement.
> **Rating:** Yes  0.00
> Created By :  Template  01/06/2017 3:31PM

## Section 6 - Job Competency

### Is this leader competent to perform the duties of this job

> **Description :** Is this leader competent to perform the duties of this job function?
>
> - Yes/No
>
> If no, has a Development Plan been documented?
>
> - Yes/No
>
> If no, save this document "for later", and create the development plan. Once the development plan is in place, return here to complete this document.
> **Rating:** Yes  0.00
> Created By :  Template  01/06/2017 3:31PM

## Section 7 - Employee Goals

### Goal 1: Job Performance or Career development

**Description :** List one to three goals for professional or career development.
**Comments:** Continue personal educational development, community involvement.

| Created By : | Template | 01/06/2017 3:31PM |
|---|---|---|

Employee's Signature: _____ Date: _____

Leader's Signature: _____ Date: _____

Employee Comments: _____

_____

_____

_____

_____

**Audit History**
| Created By : | Jesse Cureton | 02/15/2017 10:06:56AM |
|---|---|---|
| Completed By : | Jesse Cureton | 02/15/2017 10:41:16AM |
| Last Modified By : | Jesse Cureton | 02/15/2017 10:41:16AM |

NOVANT-000028