Performance Document - Leader Performance Check In
# Manager Manager Evaluation - Completed

David Duvall, SVP Marketing & Communications
Leader Performance Check In, 01/01/2017 - 12/31/2017

**Author:** Jesse Cureton  **Role:** Manager
**Manager:** Jesse Cureton
**Status:** Completed  **Due Date:** 03/28/2018

The document status is Completed.

## Section 1 - Review of Annual Requirements

### I have access to and have reviewed my Job Description
**Description:** I have access to and have reviewed my Job Description
**Rating:** Yes   0.00
Created By :   Template   01/15/2018 2:19PM

### Job specific competencies completed (as required)
**Description:** Job specific competencies completed (as required)
**Rating:** Yes   0.00
Created By :   Template   01/15/2018 2:19PM

### License/certifications up to date (as required)
**Description:** License/certifications up to date (as required)
**Rating:** Yes   0.00
Created By :   Template   01/15/2018 2:19PM

### Annual Mandatory Education Completed
**Description:** Annual Mandatory Education Completed
**Rating:** Yes   0.00
Created By :   Template   01/15/2018 2:19PM

### Novant Health's Confidentiality Agreement
**Description:** I have read, understand and agree to comply with Novant Health's Confidentiality Agreement.

Please answer Yes or No.

If no, explain action to resolve in Opportunities for Growth and Improvement section.
**Rating:** Yes   0.00

PLAINTIFF'S EXHIBIT 55

| Created By : | Template | 01/15/2018 2:19PM |

### Novant Health's Code of Ethics Compliance Plan

**Description :** I have read, understand and agree to comply with Novant Health's Code of Ethics Compliance Plan.

Please answer Yes or No.

If no, explain action to resolve in Opportunities for Growth and Improvement section.
**Rating:** Yes          0.00

| Created By : | Template | 01/15/2018 2:19PM |

### Novant Health Conflict of Interest Policy

**Description :** I have read, understand and agree to comply with Novant Health's Conflict of Interest policy, and have made all necessary disclosures.

Please answer Yes or No.

If No, explain action to resolve in Opportunities for Growth and Improvement.
**Rating:** Yes          0.00

| Created By : | Template | 01/15/2018 2:19PM |

### Novant Health Acceptable Use of Information Resources

**Description :** I have read, understand and agree to comply with Novant Health's Acceptable Use of Information Resources Standard - NH IM 6004.
**Rating:** Yes          0.00

| Created By : | Template | 01/15/2018 2:19PM |

### I acknowledge I have access to the NH employment handbook on

**Description :** I acknowledge I have access to the NH employment handbook on I-Connect
**Rating:** Yes          0.00

| Created By : | Template | 01/15/2018 2:19PM |

## Section 2 - Job Competency

### Is this leader competent to perform the duties of this job

**Description :** Is this leader competent to perform the duties of this job function?

- Yes/No

NOVANT-000030

If no, has a Development Plan been documented?

- Yes/No

If no, save this document "for later", and create the development plan. Once the development plan is in place, return here to complete this document.
**Rating:** Yes     0.00

Created By :     Template     01/15/2018 2:19PM

## Section 3 - Opportunities for Growth and Improvement

**Identify opportunities for growth and improvement**

**Description :** Please Comment on any items identified in prior sections related to opportunities for development.

If no opportunities for development were identified enter N/A in the comments section.
**Comments:** Continue to provide strategic leadership and stay engaged.

Created By :     Template     01/15/2018 2:19PM

## Section 4 - Employee Goals

**Goal 1: Job Performance or Career development**

**Description :** Describe progress towards job performance and/or career development goals.
**Comments:** n/a

Created By :     Template     01/15/2018 2:19PM

Employee's Signature: _____ Date: _____

Leader's Signature: _____ Date: _____

Employee Comments: _____

**Audit History**

| | | |
|---|---|---|
| Created By: | Jesse Cureton | 02/22/2018 2:40:24PM |
| Completed By: | Jesse Cureton | 02/22/2018 2:44:04PM |
| Last Modified By: | Jesse Cureton | 02/22/2018 2:44:04PM |

NOVANT-000032