CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

**From:** Cureton, Jesse J
**Sent:** Thursday, April 19, 2018 6:13 PM
**To:** Duvall, David G
**Subject:** RE: Quick Update

Thanks

**From:** Duvall, David G
**Sent:** Thursday, April 19, 2018 6:11 PM
**To:** Cureton, Jesse J
**Subject:** RE: Quick Update

Jesse,

Thank you; that perspective is very helpful and we can certainly make that happen.

So you have the benefit of my thinking, I did consider that option and weighed the brief board exposure against several other considerations: Actively fulfilling this consumerism work and investment you and Carl are sponsoring; Our Consortium team is down from 5 to 3 members with Sean Keyser and Gwen Guernsey leaving the org.; I and our team play an active role in the meeting, as one of five system role models; the insights from this meeting and related work output are a third of our 2018 Tier goals.

As resilient and creative leaders, we'll figure out a way to make it all work.

David Duvall
Senior Vice President
Marketing & Communications
Novant Health
108 Providence Road
Charlotte, NC 28233
Office: 704-384-6037
N: Making Healthcare Remarkable

**From:** Cureton, Jesse J
**Sent:** Thursday, April 19, 2018 4:58 PM
**To:** Duvall, David G
**Cc:** Heiser, Lindsey
**Subject:** RE: Quick Update

My preference would be for you or Tammy to attend the board meeting representing Marketing. We get these opportunities once per year and the exposure is important.

JC

**From:** Duvall, David G
**Sent:** Thursday, April 19, 2018 4:15 PM
**To:** Cureton, Jesse J
**Subject:** Quick Update

PLAINTIFF'S EXHIBIT 67

Hi Jesse,

Reaching out with a quick update on the upcoming CS&P board presentations the morning of May 22.

The decks are coming together nicely. We're on point to share strong content and our subject matter expertise for 1) the digital buildout (RV) and 2) the current brand campaign, highlighting the consumer strategy that informed it.

Toward the end of the Growth Workgroup yesterday, we briefly touched on the board meeting agenda and our general approach. CS&P has a total of 45 minutes. We estimate digital/RV will take ~30 mins. with discussion, and we will use the remaining 15 mins. for the brand update.

Hank is on deck to speak to the RV body of work, while Kati Everett will provide the brief brand update—with Matthias on hand as necessary. Tammy and I will be covering our standing commitment with the Health Management Academy Consumer Consortium and their annual summit in Chicago, May 21-23.

We're excited to share all the work that's coming together!

Regards,

David Duvall
Senior Vice President
Marketing & Communications
Novant Health
108 Providence Road
Charlotte, NC 28233
Office: 704-384-6037
N: Making Healthcare Remarkable