PLAINTIFF'S EXHIBIT 69

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| **Apr 1**<br>8:30am Eve arrival<br>12:00pm Lunch | **2**<br>6:00am HOLD FOR PTO<br>7:00am Block<br>9:00am Jess work remotely<br>11:30am Hold for Mike West<br>12:00pm Lunch | **3**<br>7:00am Block<br>9:00am Evariant Maturity Assessment;...<br>11:30am Invitation: Dental appointment...<br>12:00pm Lunch<br>2:30pm Campaign reports - MLT Ops ag... | **4** *Mary on PTO this week*<br>7:00am Block<br>9:00am Work Remotely - See Key Tasks i...<br>12:00pm Lunch<br>1:00pm Novant (NHCBD10013) & Proph...<br>2:30pm Review BBDO 60S Revision; Dia... | **5**<br>Canceled: CS&P Monthly Status Report...<br>7:00am Block<br>8:00am Status update due to Jesse toda...<br>9:00am Digital strategy | (Gillespie, Jone...<br>11:00am Jess appointment - OOO | **6**<br>7:00am Block<br>9:00am David Duvall & Hank Capps, MD...<br>10:15am David & Josh 1:1; David call Jos...<br>11:00am follow up planning from Capp...<br>12:00pm Lunch | **7**<br>12:00pm Lunch |
| **8**<br>12:00pm Lunch | **9**<br>Atlanta trip<br>7:00am Block<br>8:30am Wilson Air Center (8:45 take off)<br>9:00am Land in Georgia at 9:26 am<br>10:30am FW: Sharecare and Novant Hea...<br>12:00pm Lunch | **10**<br>7:00am Block<br>8:30am Gymer,Duvall re: Access Prioritiz...<br>9:00am Hold for JW<br>11:00am Hold for JW<br>12:00pm Lunch / Grill repair<br>1:00pm ERM RRP Competing for Patient... | **11**<br>6:00am Knoxville - Board Role Exploratory ; 9202 S. Northshore Drive | Suite 300 | Knoxville, TN 37922<br>7:00am Block<br>12:00pm Lunch<br>4:30pm Block for emails and end of day catch-up | **12**<br>7:00am Block<br>9:00am R65 review and planning<br>11:30am Mary & David | Biweekly 1:1; D...<br>12:00pm Lunch<br>1:00pm Life 3.0<br>1:10pm Haliock & Duvall | 1:1; Jeff call D... | **13**<br>7:00am Block<br>10:00am Discuss Johnson & Johnson's CareAdvantage Solutions portfolio, wit...<br>12:00pm Lunch<br>1:00pm Block for end of week catch-up<br>4:30pm Block for emails and end of day catch-up | **14**<br>12:00pm Lunch |
| **15**<br>12:00pm Lunch | **16** *Kati E. on PTO*<br>7:00am Block<br>10:00am Canceled: CS&P Monthly Meeti...<br>12:00pm Hold for follow up<br>12:00pm Lunch<br>1:30pm http://www.enverahealth.com/a... | **17**<br>7:00am Block<br>9:00am Renae Caldwell, Patient Experie...<br>10:00am Drive to Rowan<br>11:00am Contact Center Application Eva...<br>12:00pm Growth Work Group ; Boardro... | **18**<br>Congratulate Megan Finke on Mark aw...<br>7:00am Block<br>8:30am Catch up from travel and mtgs...<br>11:00am Tammy & David | 1:1; David's of...<br>12:00pm Lunch | **19**<br>7:00am Block<br>9:00am Tom Lane and David Duvall; Nov...<br>10:00am RV & NH brand strategy & rea...<br>12:00pm Jess - EA luncheon<br>12:00pm Lunch | **20**<br>7:00am Block<br>8:00am Digital Engagement Program St...<br>9:00am PTO...anniversary<br>12:00pm Lunch<br>1:00pm Block for end of week catch-up | **21**<br>12:00am PTO...anniversary<br>12:00pm Lunch |
| **22**<br>12:00pm Lunch | **23**<br>7:00am Block<br>9:00am David & Anja | video concepts f...<br>10:00am CONFIRMING APPT: Novant fe...<br>12:00pm Lunch<br>1:00pm Sharecare Diabetes Solution; Pl...<br>2:00pm Email, POV for Jesse tomorrow | **24**<br>7:00am Block<br>9:30am Binary Fountain overview with...<br>11:00am Look over annual report<br>11:30am Mary & David | Biweekly 1:1; D...<br>12:00pm Lunch meeting | Revisiting Poi...<br>1:00pm Block | **25**<br>7:00am Block<br>9:00am No mtg wed<br>11:30am FW: Admin professionals day!!; Dish - 1220 Thomas Avenue - link to menu in invite; Foltz, Lisa<br>4:30pm Block for emails and end of day catch-up | **26**<br>7:00am Block<br>9:00am Jeff Orr | David Duvall: Status/C...<br>9:45am Hold for f/u<br>10:30am David, Caryn and Kati | PR touc...<br>11:30am David & Kati | 1:1; David's offic...<br>12:15pm Lunch | Tammy & David ; Napa... | **27**<br>7:00am Block<br>8:30am Board mtg deck logistics<br>10:00am Final edits on campaign memo<br>12:00pm Lunch<br>12:00pm NH RV check-in ; (877) 361-462...<br>1:00pm Block for end of week catch-up | **28**<br>12:00pm Lunch |
| **29**<br>12:00pm Lunch | **30** *Matthias working remotely this week*<br>7:00am Block<br>8:30am Agency recommendations for Je...<br>10:00am Matthias Krebs | David Duvall:...<br>10:30am Edits for Cameron<br>11:00am David & Josh ; David call Josh a... | **May 1**<br>7:00am Block<br>9:30am Traveling diversity and inclusion...<br>10:00am Ops meeting - brand tracker sh...<br>12:00pm Lunch<br>1:00pm Block | **2** *Brand 50 Summit in NYC*<br>Walking Wednesdays; Waldo, Tenisha<br>7:00am Block<br>8:00am AA flight # 2062 CLT to LaGuardi...<br>10:00am Travel to The Park ; 118 10th Av... | **3**<br>Canceled: CS&P Monthly Status Report...<br>7:00am Block<br>8:00am Breakfast<br>8:00am Status update due to Jesse toda... | **4**<br>7:00am Canceled: Digital Engagement P...<br>9:00am Catch up from Brand 50<br>9:00am Turn in progress report to Jessic...<br>10:30am Amy Myers | David Duvall: Bi-w... | **5**<br>10:00am Brunch with Eve, 10:30 am at Suzanne's home<br>12:00pm Lunch |

NOVANT - 001348

Case 3:19-cv-00624-DSC   Document 133-11   Filed 02/01/22   Page 1 of 4



Case 3:19-cv-00624-DSC   Document 133-11   Filed 02/01/22   Page 2 of 4

NOVANT - 001349



Case 3:19-cv-00624-DSC   Document 133-11   Filed 02/01/22   Page 3 of 4

NOVANT - 001350



Case 3:19-cv-00624-DSC   Document 133-11   Filed 02/01/22   Page 4 of 4

NOVANT - 001351