

PLAINTIFF'S EXHIBIT
100

*CONFIDENTIAL*

April 14, 2020

      Re:    David G. Duvall

To Whom It May Concern:

      Henry Ford Health System ("HFHS") employed Mr. David Duvall beginning June 10, 2019, through January 6, 2020, in the position of Senior Vice President of Public Relations, Marketing, Communications & Chief Experience Officer.

      HFHS made the decision to terminate Mr. Duvall's employment for reasons other than for Cause, as defined in the Executive Severance Benefits Agreement ("ESBA") between HFHS and Mr. Duvall, which was executed before Mr. Duvall commenced employment with HFHS. HFHS will be paying Mr. Duvall the full severance benefits he is entitled to, pursuant to the terms of the ESBA.

      HFHS was aware of Mr. Duvall's involuntary separation from Novant Health, Inc. prior to him commencing his employment with HFHS in mid-June 2019. Any assertion or insinuation in any media outlet that HFHS was unaware of Mr. Duvall's involuntary separation from Novant Health, Inc. prior to the commencement of his employment with HFHS is not accurate.

      HFHS wishes Mr. Duvall the best in his future endeavors, whatever they may be.

      Sincerely,

      *Nina Ramsey*

      Nina Ramsey
      SVP and Chief Human Resources Officer