**EXHIBIT A - BACK PAY CALCULATIONS**

|  | 2018 | Actual | 2019 | 2020 | 2021 | Feb. 2022 |  | Totals | HFHS 19-20 | Difference (Total Backpay) | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Base** | 402,676 |  | 430,863 | 461,024 | 493,295 | 89,730 | 527,826 |  |  |  |  |
| **AIP** | 186,238 |  | 199,275 | 213,224 | 228,150 | 244,120 |  |  |  |  |  |
| **LTI** | 64,694 |  | 71,102 | 106,248 | 89,092 | 95,328 |  |  |  |  |  |
| **DC SERP** | 58,642 |  | 60,401 | 64,629 | 73,994 | 79,174 |  |  |  |  |  |
| **457(f)** | 7,500 |  | 7,500 | 7,500 | 7,500 | 7,500 | 426,122 |  |  |  |  |
| **Health** | 3,437 |  | 8,592 | - | 18,043 | 3,437 |  |  |  |  |  |
| **Exec Perk** | 10,000 |  | 10,000 | 10,000 | 10,000 | 1,700 |  |  |  |  |  |
| **Vehicle** | 12,000 |  | 12,000 | 12,000 | 12,000 | 2,040 |  |  |  |  |  |
| **401(a)** | 17,315 |  | 18,527 | 19,824 | 21,212 | 3,858 |  |  |  |  |  |
| **Total** | 762,502 | 617,207 | 818,261 | 894,449 | 953,286 | 526,888 |  |  |  |  |  |
| **457 forfeit** |  | 210,445 |  |  |  |  |  |  |  |  |  |
| **Total 2018** | 762,502 | 406,762 |  |  |  |  | 2018 comp owed | 355,740 | - | 355,740 |  |
|  |  |  |  |  |  |  | 2019 comp | 818,261 | 551,127 | 267,134 |  |
|  |  |  |  |  |  |  | 2020 comp | 894,449 | 700,567 | 193,882 |  |
|  |  |  |  |  |  |  | 2021 comp | 953,286 | 72,983 | 880,303 |  |
|  |  |  |  |  |  |  | 2022 comp | 526,888 | - | 526,888 |  |
|  |  |  |  |  |  |  |  | 3,548,624 | 1,324,677 |  | **2,223,947** |

**Notes:**
Base increases by 7% per year
$617,207 in C13 is taken from 2018 W2 from Defendant
AIP is based on a 7% annual increase from the actual amount paid in 2018
DC SERP is 15% of base salary
LTI formula is 30% x Y1 base salary x % goals achieved in 3Y cycle; 2021 and 2022 achievement score of 73.75% is average of scores from 2017-2019.
401(a) contribution rate of 4.3% based on contribution of $15,900 in 2016 on $358,667 in salary and $16,200 in 2017 on $390,947 in salary
G4 is prorated from January 1 to February 28, 2021: 2/12ths or .17 of full year; H4 is full year
H8 is the sum of the AIP, LTI, DC SERP and 457 payments, G5 - G8

**Backpay with 8% Interest**

|  | Backpay | Interest |
|---|---|---|
| **2018** | 355,740 | $99,557.00 |
| **2019** | 267,134 | 64,112 |
| **2020** | 193,882 | 31,021 |
| **2021** | 880,303 | 61753 |
| **2022 through 2/28/22** | 526,888 | 672 |
|  | 2,223,947 | 257,115 |
| **TOTAL BACKPAY WITH INTEREST** |  | 2,481,062 |

**Notes:** See Memorandum for explanation of interest calculations