Name    David Duvall                         Employee ID    160368

Tier:   002

**SVP Marketing & Communications**

**Annual Incentive Calculation:**

Opportunity 25% - 40% - 50% of 2014 Base Salary

| System Goals: | 50% of Total | | | Individual Goals: | 50% of Total | | |
|---|---|---|---|---|---|---|---|
| | Score | Weight | Extended | | Score | Weight | Extended |
| Patient Satisfaction | 0.00 x | 25% = | 0.00 | Individual Goal 1 | 3.00 x | 20% = | 0.60 |
| Health Information Technology | 3.00 x | 25% = | 0.75 | Individual Goal 2 | 3.00 x | 20% = | 0.60 |
| | | | | Individual Goal 3 | 3.00 x | 20% = | 0.60 |
| Quality | 3.00 x | 25% = | 0.75 | Individual Goal 4 | 3.00 x | 20% = | 0.60 |
| Financial Health | 2.60 x | 25% = | 0.65 | Individual Goal 5 | 3.00 x | 20% = | 0.60 |
| | System Score: | | 2.15 | | Individual Score: | | 3.00 |
| | Weighted System Score: | | 1.08 | | Weighted Individual Score: | | 1.50 |

Total Annual Score  2.5  ≈  Award:  45.0%  X  2014 Base: $325,440  =  Incentive:  $146,448

---

**Long Term Incentive Program Calculation:**

Long Term Goal 2012 - 2014 Cycle, 2012 Base Salary

Improving the Discharge Process            LTIP % of Goal Achieved:     66.5%

Tier: 002   Years 1   LTIP Max: 30% X 66.5% = 19.9% X Base $108,480 = Incentive: $21,588

---

                                                  Grand Total Incentive 2013 (Gross): $168,036

**Defined Contribution Supplemental Executive Retirement Plan:**

DC SERP Contribution to Great-West Retirement Services:

Novant Health Contribution 15% X 2014 Base Salary:  $325,440  =  **DC SERP Amount:**  $48,816

PLAINTIFF'S EXHIBIT 75

Name    David Duvall                    Employee ID   160368

Tier:   002

**SVP Marketing & Communications**

**Annual Incentive Calculation:**

Opportunity 25%-40%-50% of 2015 Base Salary

| System Goals: | 50% of Total | | | Individual Goals: | 50% of Total | | |
|---|---|---|---|---|---|---|---|
| | Score | Weight | Extended | | Score | Weight | Extended |
| Patient Satisfaction | 1.50 x | 25% = | 0.38 | Individual Goal 1 | 3.00 | 25% = | 0.75 |
| Population Health | 2.90 x | 25% = | 0.73 | Individual Goal 2 | 3.00 | 35% = | 1.05 |
| | | | | Individual Goal 3 | 3.00 | 40% = | 1.20 |
| Quality | 3.00 x | 25% = | 0.75 | Individual Goal 4 | 0.00 | 0% = | 0.00 |
| Financial Health | 3.00 x | 25% = | 0.75 | Individual Goal 5 | 0.00 | 0% = | 0.00 |
| | System Score: | | 2.60 | | Individual Score: | | 3.00 |
| | Weighted System Score: | | 1.30 | | Weighted Individual Score: | | 1.50 |

**Total Annual Score 2.8 ≈ Award: 48.0% X 2015 Base: $335,203  =  Incentive: $160,897**

**Long Term Incentive Program Calculation:**

Long Term Goal 2013 - 2015 Cycle, 2013 Base Salary

WINN team
(Whip Infections Now at Novant Health)          **LTIP % of Goal Achieved:   100.0%**

**Tier: 002  Years  2   LTIP Max: 30% X 100% = 30.0% X Base  $192,000 = Incentive: $57,600**

**Grand Total Incentive 2015 (Gross): $218,497**

**Defined Contribution Supplemental Executive Retirement Plan:**

Novant Health Contribution 15% X 2015 Base Salary:   $335,203   =  **DC SERP Amount:   $50,280**

Name    David Duvall            Employee ID    160368
Tier:   002

**SVP Marketing & Communications**

**Annual Incentive Calculation:**

Opportunity 25%-40%-50% of 2016 Base Salary

| System Goals: | 50% of Total | | | Individual Goals: | 50% of Total | | |
|---|---|---|---|---|---|---|---|
| | Score | Weight | Extended | | Score | Weight | Extended |
| Patient Satisfaction | 0.00 | x 25% = | 0.000 | Individual Goal 1 | 3 | 0.2 = | 0.60 |
| Population Health | 3.00 | x 25% = | 0.750 | Individual Goal 2 | 3 | 0.2 = | 0.60 |
| | | | | Individual Goal 3 | 3 | 0.2 = | 0.60 |
| Quality | 2.40 | x 25% = | 0.600 | Individual Goal 4 | 3 | 0.2 = | 0.60 |
| Financial Health | 2.90 | x 25% = | 0.725 | Individual Goal 5 | 3 | 0.2 = | 0.60 |
| | System Score: | | 2.100 | | Individual Score: | | 3.00 |
| | Weighted System Score: | | 1.05 | | Weighted Individual Score: | | 1.50 |

Total Annual Score  2.5  ≈  Award:  45.0%  X  2016 Base: $358,667  =  **Incentive:  $161,400**

**Long Term Incentive Program Calculation:**

Long Term Goal 2014 - 2016 Cycle, 2014 Base Salary

Novant Health Diabetes Excellence        LTIP % of Goal Achieved:        83.7%

Tier: 002   Years  3   LTIP Max: 30% X 83.7% = 25.1% X Base: $325,440 = Incentive:  $81,685

**Grand Total Incentive 2016 (Gross):  $243,086**

**Defined Contribution Supplemental Executive Retirement Plan:**

Novant Health Contribution:  15% X 2016 Base Salary:   $358,667   =   **DC SERP Amount:   $53,800**

| Name | David Duvall | | Employee ID | 160368 |
|---|---|---|---|---|
| Tier: | 002 | | | |

**SVP Marketing & Communications**

**Annual Incentive Calculation:**

Opportunity 25%-40%-50% of 2017 Base Salary

| System Goals: | 50% of Total | | | Individual Goals: | 50% of Total | | |
|---|---|---|---|---|---|---|---|
| | Score | Weight | Extended | | Score | Weight | Extended |
| Team Member Engagement | 3.00 X | 25% = | 0.750 | Individual Goal 1 | 3 | 0.25 = | 0.75 |
| | | | | Individual Goal 2 | 3 | 0.25 = | 0.75 |
| Population Health | 2.53 X | 25% = | 0.633 | Individual Goal 3 | 3 | 0.25 = | 0.75 |
| Quality | 2.70 X | 25% = | 0.675 | Individual Goal 4 | 2.75 | 0.25 = | 0.69 |
| Financial Health | 1.83 X | 25% = | 0.458 | Individual Goal 5 | 0 | 0 = | 0.00 |
| | System Score: | | 2.517 | | Individual Score: | | 2.94 |
| | Weighted System Score: | | 1.26 | | Weighted Individual Score: | | 1.47 |

Total Annual Score 2.7 ≈ Award: 47.0% X 2017 Base: $390,947 = Incentive: **$183,745**

---

**Long Term Incentive Program Calculation:**

Long Term Goal 2015 - 2017 Cycle, 2015 Base Salary

| Mature ITS Security Program (.5 wt) | LTIP % of Goal Achieved: | 85.7% |
|---|---|---|
| Reduce Readmission Rates (.5 wt) | LTIP % of Goal Achieved: | 43.6% |
| | Total Score: | 64.6% |

Tier: 002  Years 3  LTIP Max: 30% X 64.6% = 19.3% X Base: $335,203 = Incentive: **$64,694**

---

**Grand Total Incentive 2017 (Gross): $248,439**

**Defined Contribution Supplemental Executive Retirement Plan:**

Novant Health Contribution: 15% X 2017 Base Salary: $390,947 = **DC SERP Amount** **$58,642**

# Leadership Market Adjustment  *Confidential*

**160368**  
**Duvall, David**  
**SVP Marketing & Communication**

**Effective:** November 26, 2017  
**Pay Advice:** December 15, 2017

**Market Data:**

| 2017 | $344,000 | $395,000 | $414,750 | $446,000 |
|---|---|---|---|---|
| Compa-Ratio | .85 | 1.00 | 1.05 | 1.15 |

**Base Salary**

|  | Base Salary | Percent Change | Compa-Ratio |
|---|---|---|---|
| Current | 390,947 |  | 99% |
| New | 402,676 | 3.00% | 102% |

Total Cash Compensation Data with New Base Salary Information

| | |
|---|---|
| New Base Salary | $402,676 |
| Target Annual Incentive Potential | $161,070 |
| Target Annual Cash Compensation | $563,746 |
| Target Long Term Incentive Potential (2018-2020 cycle) | $80,535 |
| Total Direct Compensation (Total Cash Compensation + Long Term Incentive) | $644,282 |

**Comments**

This report was distributed to:  
Cureton, Jesse

002