## Schedule J
(Form 990)

Department of the Treasury
Internal Revenue Service

# Compensation Information

**For certain Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees**
▶ Complete if the organization answered "Yes" on Form 990, Part IV, line 23.
▶ Attach to Form 990.
▶ Information about Schedule J (Form 990) and its instructions is at *www.irs.gov/form990*.

OMB No. 1545-0047

**2016**

Open to Public Inspection

Name of the organization: **NOVANT HEALTH INC**
Employer identification number: **56-1376950**

PLAINTIFF'S EXHIBIT 111

### Part I  Questions Regarding Compensation

|  |  | Yes | No |
|---|---|---|---|
| 1a | Check the appropriate box(es) if the organization provided any of the following to or for a person listed on Form 990, Part VII, Section A, line 1a. Complete Part III to provide any relevant information regarding these items. |  |  |

- [x] First-class or charter travel
- [x] Travel for companions
- [x] Tax idemnification and gross-up payments
- [x] Discretionary spending account
- [x] Housing allowance or residence for personal use
- [ ] Payments for business use of personal residence
- [x] Health or social club dues or initiation fees
- [ ] Personal services (e.g., maid, chauffeur, chef)

| | | | |
|---|---|---|---|
| b | If any of the boxes in line 1a are checked, did the organization follow a written policy regarding payment or reimbursement or provision of all of the expenses described above? If "No," complete Part III to explain . . . . . . . . . . . . | **1b** | Yes |
| 2 | Did the organization require substantiation prior to reimbursing or allowing expenses incurred by all directors, trustees, officers, including the CEO/Executive Director, regarding the items checked in line 1a? . . | **2** | Yes |
| 3 | Indicate which, if any, of the following the filing organization used to establish the compensation of the organization's CEO/Executive Director. Check all that apply. Do not check any boxes for methods used by a related organization to establish compensation of the CEO/Executive Director, but explain in Part III. | | |

- [x] Compensation committee
- [x] Independent compensation consultant
- [ ] Form 990 of other organizations
- [ ] Written employment contract
- [x] Compensation survey or study
- [x] Approval by the board or compensation committee

| | | | |
|---|---|---|---|
| 4 | During the year, did any person listed on Form 990, Part VII, Section A, line 1a, with respect to the filing organization or a related organization: | | |
| a | Receive a severance payment or change-of-control payment? . . . . . . . . . . . . . | **4a** | Yes |
| b | Participate in, or receive payment from, a supplemental nonqualified retirement plan? . . . . . . . . | **4b** | Yes |
| c | Participate in, or receive payment from, an equity-based compensation arrangement? . . . . . . . . | **4c** | Yes |
|  | If "Yes" to any of lines 4a-c, list the persons and provide the applicable amounts for each item in Part III. | | |
|  | **Only 501(c)(3), 501(c)(4), and 501(c)(29) organizations must complete lines 5-9.** | | |
| 5 | For persons listed on Form 990, Part VII, Section A, line 1a, did the organization pay or accrue any compensation contingent on the revenues of: | | |
| a | The organization? . . . . . . . . . . . . . . . . . . . . . . . . . | **5a** | No |
| b | Any related organization? . . . . . . . . . . . . . . . . . . . . . . . . | **5b** | No |
|  | If "Yes," on line 5a or 5b, describe in Part III. | | |
| 6 | For persons listed on Form 990, Part VII, Section A, line 1a, did the organization pay or accrue any compensation contingent on the net earnings of: | | |
| a | The organization? . . . . . . . . . . . . . . . . . . . . . . . . . | **6a** | No |
| b | Any related organization? . . . . . . . . . . . . . . . . . . . . . . . . | **6b** | No |
|  | If "Yes," on line 6a or 6b, describe in Part III. | | |
| 7 | For persons listed on Form 990, Part VII, Section A, line 1a, did the organization provide any nonfixed payments not described in lines 5 and 6? If "Yes," describe in Part III . . . . . . . . . . . . | **7** | No |
| 8 | Were any amounts reported on Form 990, Part VII, paid or accured pursuant to a contract that was subject to the initial contract exception described in Regulations section 53.4958-4(a)(3)? If "Yes," describe in Part III . . . . . . . . . . . . . . . . . . . . . . . . . . | **8** | No |
| 9 | If "Yes" on line 8, did the organization also follow the rebuttable presumption procedure described in Regulations section 53.4958-6(c)? . . . . . . . . . . . . . . . . . . . . . . | **9** | |

For Paperwork Reduction Act Notice, see the Instructions for Form 990.    Cat. No. 50053T    Schedule J (Form 990) 2016

— Page 2 —

Schedule J (Form 990) 2016    Page **2**

### Part II  Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees. *Use duplicate copies if additional space is needed.*

For each individual whose compensation must be reported on Schedule J, report compensation from the organization on row (i) and from related organizations, described in the instructions, on row (ii). Do not list any individuals that are not listed on Form 990, Part VII.
**Note.** The sum of columns (B)(i)-(iii) for each listed individual must equal the total amount of Form 990, Part VII, Section A, line 1a, applicable column (D) and (E) amounts for that individual.

| (A) Name and Title | | (B) Breakdown of W-2 and/or 1099-MISC compensation | | | (C) Retirement and other deferred compensation | (D) Nontaxable benefits | (E) Total of columns (B)(i)-(D) | (F) Compensation in column (B) reported as deferred on prior Form 990 |
|---|---|---|---|---|---|---|---|---|
| | | (i) Base compensation | (ii) Bonus & incentive compensation | (iii) Other reportable compensation | | | | |
| 1 ARMATO CARL<br>CEO & PRESIDENT NOVANT HEALTH | (i) | 1,346,995 | 1,409,378 | 566,420 | 65,093 | 38,533 | 3,426,419 | 7,500 |
| | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 HARGETT FRED<br>EVP & CHIEF FINANCIAL OFFICER | (i) | 803,386 | 822,855 | 333,913 | 59,400 | 36,423 | 2,055,977 | 7,500 |
| | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 MORRIS JOHN<br>ASST SEC | (i) | 261,052 | 50,213 | 14,765 | 46,705 | 21,871 | 394,606 | 7,500 |
| | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 WALSH BETSY<br>ASST SEC | (i) | 259,999 | 54,075 | 14,858 | 59,354 | 29,826 | 418,112 | 7,500 |
| | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 ALUKO AKINYELE<br>SVP NH HEART & VASCULAR | (i) | 459,919 | 343,924 | 23,709 | 62,885 | 19,500 | 909,937 | 0 |
| | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 BEST DIANA<br>SVP CLINICAL IMPROVEMENT | (i) | 397,601 | 279,263 | 49,174 | 51,622 | 26,825 | 804,485 | 7,500 |
| | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 BLACKMON TANYA | | | | | | | | |

| # | Name / Title | Row | (B)(i) Base | (B)(ii) Bonus | (B)(iii) Other | (C) Retirement | (D) Nontaxable | (E) Total | (F) Reported prior |
|---|---|---|---|---|---|---|---|---|---|
| 7 | BLACKMON TANYA<br>EVP CHIEF DIV & INCL OFFICER | (i) | 270,087 | 199,950 | 37,983 | 113,753 | 20,919 | 642,692 | 0 |
| | | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | BRUNSTETTER PETER<br>EVP & CHIEF LEGAL OFFICER | (i) | 476,055 | 431,641 | 30,434 | 160,739 | 32,426 | 1,131,295 | 0 |
| | | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | COOK DAVID MD<br>SVP VBC & HLTHCARE FUTURIST | (i) | 431,680 | 325,743 | 33,558 | 130,373 | 35,577 | 956,931 | 0 |
| | | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | CURETON JESSE<br>EVP & CHIEF CONSUMER OFFICER | (i) | 585,933 | 632,227 | 29,888 | 183,228 | 39,454 | 1,470,730 | 0 |
| | | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | DANIELS JACQUELINE<br>EVP & CHIEF ADMIN OFFICER | (i) | 405,589 | 734,938 | 356,778 | 62,714 | 9,562 | 1,569,581 | 7,500 |
| | | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | ESKIOGLU ERIC MD<br>SVP NEUROSCIENCE | (i) | 660,489 | 293,447 | 25,181 | 157,504 | 36,236 | 1,172,857 | 0 |
| | | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | GARMON-BROWN OPHELIA MD<br>SVP COMM WELLNESS & EDUCATION | (i) | 356,332 | 278,040 | 22,309 | 65,201 | 17,472 | 739,354 | 7,500 |
| | | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | GARRETT DAVID<br>SVP CHIEF INFO OFFICER | (i) | 465,844 | 323,796 | 33,786 | 134,940 | 29,448 | 987,814 | 7,500 |
| | | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | LANGFORD KATHRYN<br>SVP INTEGR AND OPER EXCELLENCE | (i) | 402,582 | 301,872 | 36,656 | 125,374 | 14,859 | 881,343 | 0 |
| | | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | LINDSAY JEFFERY<br>EVP & CHIEF OPERATING OFFICER | (i) | 797,399 | 765,408 | 190,220 | 58,630 | 38,441 | 1,850,098 | 0 |
| | | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | MIHAL DENISE<br>EVP CHIEF NUR & CLIN OPS OFF | (i) | 663,751 | 450,861 | 143,107 | 64,305 | 19,334 | 1,341,358 | 0 |
| | | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | PATEFIELD ARTHUR MD<br>SVP & CHIEF MED INFO OFF | (i) | 401,444 | 301,782 | 41,572 | 65,195 | 37,043 | 847,036 | 7,500 |
| | | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | ROBSON MELISSA<br>SVP & CEO NH-UVA HEALTH SYSTEM | (i) | 424,169 | 311,555 | 32,301 | 116,343 | 37,073 | 921,441 | 0 |
| | | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | SEEHAUSEN ROBERT<br>SVP BUSINESS DEV & SALES | (i) | 415,763 | 307,325 | 94,699 | 64,741 | 33,613 | 916,141 | 7,498 |
| | | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | SMITH HARRY<br>SVP HOSPITAL OPERATIONS | (i) | 571,477 | 422,306 | 19,474 | 151,513 | 39,070 | 1,203,840 | 0 |
| | | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | SMITH-HILL JANET<br>EVP & CHIEF HR OFFICER | (i) | 424,880 | 304,260 | 36,362 | 133,181 | 32,259 | 930,942 | 7,500 |
| | | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | WOOLLEN THOMAS MD<br>SVP PHYSICIAN SERVICES | (i) | 369,298 | 273,750 | 32,305 | 120,731 | 37,007 | 833,091 | 0 |
| | | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | ZWENG THOMAS MD<br>EVP & CHIEF MEDICAL OFFICER | (i) | 564,485 | 490,125 | 41,815 | 178,663 | 42,461 | 1,317,549 | 0 |
| | | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | JENIKE THOMAS MD<br>SVP & CHIEF HUMAN EXP OFFICER | (i) | 379,247 | 243,040 | 32,492 | 94,194 | 32,905 | 781,878 | 0 |
| | | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | GRIFFIN JON<br>SVP FINANCIAL PLAN & ANALYSIS | (i) | 369,762 | 247,941 | 16,995 | 116,053 | 34,979 | 785,730 | 0 |
| | | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | MORGAN WAYNE<br>SVP & CHIEF INVEST OFFICER | (i) | 388,509 | 226,668 | 20,686 | 123,117 | 33,012 | 791,992 | 7,500 |
| | | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | MYERS SCOTT<br>SVP CORPORATE FINANCE | (i) | 374,572 | 243,346 | 21,843 | 122,183 | 25,736 | 787,680 | 7,500 |
| | | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | JOHNSON TONY<br>SVP SUPPLY CHAIN/COO SHARED SV | (i) | 203,676 | 288,000 | 155,995 | 51,346 | 2,166 | 701,183 | 7,500 |
| | | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | WILES PAUL<br>FORMER CEO & PRESIDENT NOVANT HEALTH | (i) | 0 | 0 | 223,250 | 0 | 0 | 223,250 | 0 |
| | | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 31 | BEIER GREGORY<br>FORMER EVP | (i) | 0 | 0 | 20,086 | 0 | 0 | 20,086 | 132,025 |
| | | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 32 | GARDELLA JOHN MD<br>FMR VP CLINICAL IMPROVEMENT | (i) | 302,845 | 224,413 | 36,287 | 45,957 | 21,350 | 630,852 | 0 |
| | | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 33 | GREGORY CHERE MD<br>FMR SVP WOMEN'S SERVICES | (i) | 359,522 | 238,000 | 13,306 | 71,110 | 30,194 | 712,132 | 0 |
| | | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 34 | PARK DAVID<br>FMR SVP REAL ESTATE & CONSTRUCTION | (i) | 325,758 | 229,822 | 56,938 | 57,117 | 27,001 | 696,636 | 7,500 |
| | | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| # | Name | | (B)(i) | (B)(ii) | (B)(iii) | (C) | (D) | (E) | (F) |
|---|---|---|---|---|---|---|---|---|---|
| 35 | PHIPPS JOHN MD FMR EVP & PRESIDENT NHMG | (i) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | (ii) | 546,701 | 524,426 | 42,139 | 170,062 | 36,685 | 1,320,013 | 7,500 |
| 36 | VINCENT PAULA FORMER SVP | (i) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | (ii) | 414,351 | 252,710 | 30,087 | 56,574 | 16,441 | 770,163 | 0 |
| 37 | WALLENHAUPT STEPHEN FORMER EVP | (i) | 13,046 | 161,000 | 176 | 2,505 | 1,146 | 177,873 | 7,500 |
| | | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Schedule J (Form 990) 2016

Page 3

Schedule J (Form 990) 2016 — Page **3**

### Part III  Supplemental Information

Provide the information, explanation, or descriptions required for Part I, lines 1a, 1b, 3, 4a, 4b, 4c, 5a, 5b, 6a, 6b, 7, and 8, and for Part II. Also complete this part for any additional information.

| Return Reference | Explanation |
|---|---|
| PART I, LINE 1A | PART I, LINE 1A: FRINGE OR EXPENSE EXPLANATION FIRST-CLASS OR CHARTER TRAVEL: FIRST-CLASS OR CHARTER TRAVEL IS NOT A COVERED TRAVEL EXPENSE FOR EXECUTIVES; THEY ARE LIMITED TO BUSINESS OR COACH CLASS FARES FOR COMMERCIAL FLIGHTS. HOWEVER, CHARTER TRAVEL IS AVAILABLE TO CERTAIN EXECUTIVES, BOARD MEMBERS, AND APPROVED BUSINESS PERSONNEL MEETING APPLICABLE POLICY CRITERIA. TRAVEL FOR COMPANIONS: COMPANIONS ARE ALLOWED ON CERTAIN CHARTER FLIGHTS PAID FOR BY THE ORGANIZATION. IN THAT CASE, THE VALUE OF THE COMPANION'S FLIGHT IS CALCULATED UNDER APPLICABLE TAX LAWS AND THAT AMOUNT IS INCLUDED IN THE EXECUTIVE'S TAXABLE INCOME AS PRESCRIBED BY THE APPLICABLE TAX LAWS. TAX INDEMNIFICATION AND GROSS-UP PAYMENTS: EXECUTIVES WHO USE FUNDS MADE AVAILABLE THROUGH THEIR DISCRETIONARY SPENDING ACCOUNT UNDER THE EXECUTIVE PERQUISITE PLAN (THE "PLAN") TO PAY PREMIUMS ON CASH VALUE LIFE INSURANCE POLICIES MAY RECEIVE ADDITIONAL COMPENSATION TO ADJUST FOR THE INCOME TAX LIABILITY ASSOCIATED WITH PAYING PREMIUMS FOR THIS INSURANCE. EXECUTIVES MAY RECEIVE AS SEVERANCE BENEFITS CASH PAYMENTS IN LIEU OF PREMIUMS PAID FOR COVERAGE OF CERTAIN BENEFITS THAT ENDED WITH THE EXECUTIVE'S TERMINATION. THE ORGANIZATION MAY PAY THE ADDITIONAL TAX OWED ON ACCOUNT OF THESE PAYMENTS. DISCRETIONARY SPENDING ACCOUNT: CERTAIN EXECUTIVES RECEIVE A DISCRETIONARY SPENDING ACCOUNT. THE DOLLAR AMOUNT IN THE ACCOUNT IS PRE-APPROVED BY THE COMPENSATION AND LEADERSHIP COMMITTEE OF THE NOVANT HEALTH BOARD OF TRUSTEES. THE ACCOUNT CAN BE USED ONLY FOR AN APPROVED LIST OF EXPENDITURES. ALL OPTIONS OTHER THAN A DEFERRED, AT-RISK, COMPENSATION OPTION ARE CONSIDERED TAXABLE AND ARE INCLUDED IN THE EXECUTIVE'S TAXABLE INCOME AS PRESCRIBED BY THE APPLICABLE TAX LAWS. HOUSING ALLOWANCE OR RESIDENCE FOR PERSONAL USE: WE PROVIDE TEMPORARY HOUSING ALLOWANCES IN CERTAIN EXECUTIVE RECRUITMENT AND RELOCATION PACKAGES. IN THE CASE THAT SUCH EXPENSE IS NOT REIMBURSABLE UNDER THE ACCOUNTABLE PLAN RULES, THE VALUE IS CALCULATED UNDER APPLICABLE TAX LAWS AND THAT AMOUNT IS INCLUDED IN THE EXECUTIVE'S INCOME AS PRESCRIBED BY THE APPLICABLE TAX LAWS. HEALTH OR SOCIAL CLUB DUES OR INITIATION FEES: IN CASES WHERE CORPORATE MEMBERSHIPS ARE NOT AVAILABLE, A MEMBERSHIP MAY BE OBTAINED IN AN EXECUTIVE'S NAME WITH A "BUSINESS USE ONLY" RESTRICTION. |
| PART I, LINES 4A-C | PART I, LINES 4A-C: SEVERANCE, NONQUALIFIED, AND EQUITY-BASED PAYMENTS SEVERANCE NONQUALIFIED EQUITY-BASED BEIER, GREGORY 124,831 BLACKMON, TANYA 49,271 BRUNSTETTER, PETER 96,408 COOK, DAVID 65,663 CURETON, JESSE 118,821 DANIELS, JACQUELINE 209,063 ESKIOGLU, ERIC 100,050 GARRETT, DAVID 70,582 GREGORY, CHERE 54,600 GRIFFIN, JON 56,653 LANGFORD, KATHRYN 60,471 MORGAN, WAYNE 58,641 MYERS, SCOTT 56,783 PHIPPS, JOHN 110,662 ROBSON, MELISSA 64,943 SMITH, HARRY 86,906 SMITH-HILL, JANET 76,755 WILES, PAUL 69,791 200,000 WOOLLEN, THOMAS 56,250 ZWENG, THOMAS 114,450 |
| PART I, LINE 4A - SEVERANCE PLAN: | ELIGIBLE EXECUTIVES MAY RECEIVE SEVERANCE PAY THAT IS BASED ON ANNUAL COMPENSATION FOR A SPECIFIED PERIOD OF TIME. THE SEVERANCE PAY WOULD BE PAID ONLY IN THE EVENT OF CERTAIN TYPES OF EMPLOYMENT TERMINATION, AND IS FURTHER CONTINGENT ON THE SATISFACTION OF OTHER CONDITIONS SUCH AS COMPLIANCE WITH A NON-COMPETITION COVENANT. ANY CURRENT YEAR PAYMENTS HAVE BEEN INCLUDED IN THE COMPENSATION AMOUNTS REPORTED IN PART VII AND IN COLUMN (B)(III) OF SCHEDULE J. THE COMPENSATION AND LEADERSHIP COMMITTEE OF THE NOVANT HEALTH BOARD REVIEWS, APPROVES, AND OVERSEES ALL ASPECTS AND ALL ELEMENTS OF EXECUTIVE COMPENSATION AND BENEFITS, INCLUDING THE AMOUNTS AWARDED UNDER THIS SEVERANCE PLAN. |
| PART I, LINE 4B - SUPPLEMENTAL NONQUALIFIED RETIREMENT PLANS: | THE SUPPLEMENTAL EXECUTIVE RETIREMENT PLAN ("SERP") IS INTENDED TO SUPPORT RETENTION OF KEY EXECUTIVES, AND TO OFFER COMPETITIVE TOTAL COMPENSATION. ELIGIBLE EXECUTIVES WILL BE NOMINATED BY THE CEO AND APPROVED BY THE NOVANT HEALTH COMPENSATION AND LEADERSHIP COMMITTEE ("THE COMMITTEE") TO PARTICIPATE. GENERALLY, ANNUAL CONTRIBUTIONS TO THE PLAN OR PAYMENTS TO PARTICIPANTS WILL BE BASED ON A PERCENTAGE OF THE PARTICIPANT'S BASE SALARY AS OF JANUARY 1ST OF THE PREVIOUS PLAN YEAR AND ARE REPORTED IN COLUMN (C) OF SCHEDULE J. PRIOR TO MAKING THE CONTRIBUTIONS OR PAYMENTS, THE COMMITTEE WILL APPROVE THE AMOUNTS AS TO REASONABLENESS, WHEN COMBINED WITH ALL OTHER ANNUAL COMPENSATION. A 3 YEAR CLASS-YEAR VESTING PERIOD WILL APPLY UP TO AGE 62, WHEN ALL MONEY WOULD BE VESTED AND PAID OUT TO THE PARTICIPANT. OTHERWISE, VESTING WILL OCCUR ON JANUARY 1ST OF EACH YEAR FOR THE APPROPRIATE CLASS-YEAR VESTING PERIOD. THE COMMITTEE REVIEWS, APPROVES, AND OVERSEES ALL ASPECTS AND ALL ELEMENTS OF EXECUTIVE COMPENSATION AND BENEFITS. |
| PART I, LINE 4C - SHARE OPTION PLAN: | IN 2002, IN FULL COMPLIANCE WITH IRS RULES IN PLACE AT THAT TIME, NOVANT HEALTH, INC. ALLOWED CERTAIN SENIOR EXECUTIVES TO WAIVE THEIR RIGHTS TO EVENTUALLY RECEIVE BENEFITS UNDER THE ORGANIZATION'S SUPPLEMENTAL EXECUTIVE RETIREMENT PLAN (SERP) AND INSTEAD PARTICIPATE IN A SHARE OPTION PLAN UNDER WHICH THEY COULD OBTAIN OPTION GRANTS OF EQUIVALENT VALUE TO PURCHASE MUTUAL FUND SHARES. THE IRS RULES SUBSEQUENTLY CHANGED, AND ACCORDINGLY NO ADDITIONAL OPTIONS WERE GRANTED AFTER MAY 8, 2002. MR. WILES RETIRED IN 2011 AFTER 40 YEARS OF SERVICE TO THE ORGANIZATION. IN 2012, MR. WILES EXERCISED THE MAJORITY OF HIS OPTIONS UNDER THE SHARE OPTION PLAN, AS REPORTED ON NOVANT HEALTH'S 2012 FORM 990. IN 2016, MR. WILES EXERCISED ADDITIONAL OPTIONS UNDER THE PLAN AND RECEIVED $200,000 IN REPORTABLE COMPENSATION INCLUDED ON A FORM W-2 ISSUED TO MR. WILES. THIS TOTAL AMOUNT IS INCLUDED IN THE COMPENSATION AMOUNTS REPORTED IN PART VII OF THE FORM 990, AND IN COLUMN (B)(III) OF PART II OF SCHEDULE J OF THE FORM 990. |

Schedule J (Form 990) 2016

## Additional Data

Return to Form

**Software ID:**
**Software Version:**

ProPublica
© Copyright
Pro Publica Inc.