efile Public Visual Render   ObjectId: 201903199349301910 - Submission: 2019-11-15   TIN: 56-1376950

**Schedule J**
**(Form 990)**

Department of the Treasury
Internal Revenue Service

# Compensation Information

For certain Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees
► Complete if the organization answered "Yes" on Form 990, Part IV, line 23.
► Attach to Form 990.
► Go to www.irs.gov/Form990 for instructions and the latest information.

OMB No. 1545-0047

**2018**

Open to Public Inspection

PLAINTIFF'S EXHIBIT 113

| Name of the organization | Employer identification number |
|---|---|
| NOVANT HEALTH INC | 56-1376950 |

## Part I  Questions Regarding Compensation

|  |  | Yes | No |
|---|---|---|---|
| 1a | Check the appropriate box(es) if the organization provided any of the following to or for a person listed on Form 990, Part VII, Section A, line 1a. Complete Part III to provide any relevant information regarding these items. |  |  |
|  | ☑ First-class or charter travel   ☑ Housing allowance or residence for personal use |  |  |
|  | ☑ Travel for companions   ☐ Payments for business use of personal residence |  |  |
|  | ☑ Tax idemnification and gross-up payments   ☐ Health or social club dues or initiation fees |  |  |
|  | ☑ Discretionary spending account   ☐ Personal services (e.g., maid, chauffeur, chef) |  |  |
| b | If any of the boxes in line 1a are checked, did the organization follow a written policy regarding payment or reimbursement or provision of all of the expenses described above? If "No," complete Part III to explain . . . . . . . . . . . .  **1b** | Yes |  |
| 2 | Did the organization require substantiation prior to reimbursing or allowing expenses incurred by all directors, trustees, officers, including the CEO/Executive Director, regarding the items checked in line 1a? . .  **2** | Yes |  |
| 3 | Indicate which, if any, of the following the filing organization used to establish the compensation of the organization's CEO/Executive Director. Check all that apply. Do not check any boxes for methods used by a related organization to establish compensation of the CEO/Executive Director, but explain in Part III. |  |  |
|  | ☑ Compensation committee   ☐ Written employment contract |  |  |
|  | ☑ Independent compensation consultant   ☑ Compensation survey or study |  |  |
|  | ☐ Form 990 of other organizations   ☑ Approval by the board or compensation committee |  |  |
| 4 | During the year, did any person listed on Form 990, Part VII, Section A, line 1a, with respect to the filing organization or a related organization: |  |  |
| a | Receive a severance payment or change-of-control payment? . . . . . . . . . . . . . . . . .  **4a** | Yes |  |
| b | Participate in, or receive payment from, a supplemental nonqualified retirement plan? . . . . . . . . .  **4b** | Yes |  |
| c | Participate in, or receive payment from, an equity-based compensation arrangement? . . . . . . . . .  **4c** |  | No |
|  | If "Yes" to any of lines 4a-c, list the persons and provide the applicable amounts for each item in Part III. |  |  |
|  | **Only 501(c)(3), 501(c)(4), and 501(c)(29) organizations must complete lines 5-9.** |  |  |
| 5 | For persons listed on Form 990, Part VII, Section A, line 1a, did the organization pay or accrue any compensation contingent on the revenues of: |  |  |
| a | The organization? . . . . . . . . . . . . . . . . . . . . . . . . .  **5a** |  | No |
| b | Any related organization? . . . . . . . . . . . . . . . . . . . . . .  **5b** |  | No |
|  | If "Yes," on line 5a or 5b, describe in Part III. |  |  |
| 6 | For persons listed on Form 990, Part VII, Section A, line 1a, did the organization pay or accrue any compensation contingent on the net earnings of: |  |  |
| a | The organization? . . . . . . . . . . . . . . . . . . . . . . . . .  **6a** |  | No |
| b | Any related organization? . . . . . . . . . . . . . . . . . . . . . .  **6b** |  | No |
|  | If "Yes," on line 6a or 6b, describe in Part III. |  |  |
| 7 | For persons listed on Form 990, Part VII, Section A, line 1a, did the organization provide any nonfixed payments not described in lines 5 and 6? If "Yes," describe in Part III . . . . . . . . . . . . .  **7** |  | No |
| 8 | Were any amounts reported on Form 990, Part VII, paid or accured pursuant to a contract that was subject to the initial contract exception described in Regulations section 53.4958-4(a)(3)? If "Yes," describe in Part III . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  **8** |  | No |
| 9 | If "Yes" on line 8, did the organization also follow the rebuttable presumption procedure described in Regulations section 53.4958-6(c)? . . . . . . . . . . . . . . . . . . . . . . .  **9** |  |  |

For Paperwork Reduction Act Notice, see the Instructions for Form 990.     Cat. No. 50053T     Schedule J (Form 990) 2018

---Page 2---

Schedule J (Form 990) 2018     Page **2**

## Part II  Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees. Use duplicate copies if additional space is needed.

For each individual whose compensation must be reported on Schedule J, report compensation from the organization on row (i) and from related organizations, described in the instructions, on row (ii). Do not list any individuals that are not listed on Form 990, Part VII.
**Note.** The sum of columns (B)(i)-(iii) for each listed individual must equal the total amount of Form 990, Part VII, Section A, line 1a, applicable column (D) and (E) amounts for that individual.

| (A) Name and Title |  | (B) Breakdown of W-2 and/or 1099-MISC compensation ||| (C) Retirement and other deferred compensation | (D) Nontaxable benefits | (E) Total of columns (B)(i)-(D) | (F) Compensation in column (B) reported as deferred on prior Form 990 |
|---|---|---|---|---|---|---|---|---|
|  |  | (i) Base compensation | (ii) Bonus & incentive compensation | (iii) Other reportable compensation |  |  |  |  |
| 1 ARMATO CARL<br>PRESIDENT & CEO NH / TRUSTEE | (i) | 1,503,933 | 1,331,375 | 653,931 | 24,000 | 40,045 | 3,553,284 | 7,500 |
|  | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 HARGETT FRED<br>EVP & CFO | (i) | 841,602 | 754,167 | 370,181 | 24,000 | 37,924 | 2,027,874 | 7,500 |
|  | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 MORRIS JOHN<br>ASST SEC | (i) | 258,746 | 101,077 | 33,207 | 24,000 | 23,612 | 440,642 | 7,500 |
|  | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 WALSH BETSY<br>ASST SEC | (i) | 264,898 | 101,077 | 31,407 | 24,000 | 32,315 | 453,697 | 5,000 |
|  | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 BLACKMON TANYA<br>EVP - CHIEF DIVERSITY OFF | (i) | 298,935 | 247,890 | 60,602 | 86,882 | 15,164 | 709,473 | 7,500 |
|  | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 BRUNSTETTER PETER<br>FMR EVP & CHIEF LEGAL OFFICER | (i) | 405,889 | 631,696 | 318,156 | 22,514 | 30,707 | 1,408,962 | 97,500 |
|  | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| # | Name / Title | | (i)/(ii) | Col1 | Col2 | Col3 | Col4 | Col5 | Col6 | Col7 |
|---|---|---|---|---|---|---|---|---|---|---|
| 7 | COOK DAVID | SVP | (i) | 446,278 | 298,508 | 155,607 | 24,000 | 35,503 | 959,896 | 71,250 |
| | | | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | CURETON JESSE | EVP | (i) | 579,262 | 551,031 | 199,266 | 145,197 | 40,978 | 1,515,734 | 122,860 |
| | | | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | EDWARDS BRYAN | SVP | (i) | 603,564 | 112,133 | 49,543 | 81,604 | 34,073 | 880,917 | 7,500 |
| | | | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | ESKIOGLU ERIC | SVP | (i) | 751,181 | 478,503 | 36,147 | 139,875 | 37,747 | 1,443,453 | 0 |
| | | | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | GARRETT DAVID | FMR SVP & CIO | (i) | 129,646 | 472,315 | 727,877 | 4,838 | 27,399 | 1,362,075 | 228,649 |
| | | | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | JENIKE THOMAS | SVP | (i) | 394,917 | 254,284 | 108,364 | 86,038 | 35,492 | 879,095 | 60,000 |
| | | | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | LANGFORD KATHRYN | SVP | (i) | 407,099 | 270,701 | 117,435 | 88,154 | 17,515 | 900,904 | 64,500 |
| | | | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | LIMENTANI STEVEN | SVP | (i) | 600,695 | 384,463 | 126,763 | 16,500 | 26,376 | 1,154,797 | 0 |
| | | | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | LINDSAY JEFFERY | EVP | (i) | 915,320 | 762,396 | 228,118 | 24,000 | 30,246 | 1,960,080 | 7,500 |
| | | | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | MIHAL DENISE | EVP - CNO/CLIN OPS | (i) | 676,022 | 583,872 | 197,524 | 24,000 | 19,808 | 1,501,226 | 7,500 |
| | | | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | MORGAN WAYNE | SVP | (i) | 424,512 | 250,146 | 102,968 | 91,133 | 38,854 | 907,613 | 59,258 |
| | | | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | OLIVER PAM | EVP & PRES NHMG | (i) | 35,037 | 0 | 19,946 | 24,000 | 10,065 | 89,048 | 7,500 |
| | | | (ii) | 388,280 | 27,905 | 15,033 | 0 | 21,910 | 453,128 | 0 |
| 19 | PHIPPS JOHN | FMR EVP & PRES NHMG | (i) | 475,523 | 700,711 | 424,735 | 24,000 | 27,355 | 1,652,324 | 100,650 |
| | | | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | SEEHAUSEN ROBERT | SVP | (i) | 409,511 | 279,810 | 118,931 | 24,000 | 35,778 | 868,030 | 7,500 |
| | | | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | SMITH HARRY | SVP HOSPITAL OPERATIONS | (i) | 590,928 | 386,327 | 153,754 | 116,199 | 37,965 | 1,285,173 | 84,750 |
| | | | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | SMITH-HILL JANET | EVP | (i) | 460,866 | 383,588 | 130,014 | 120,236 | 35,362 | 1,130,066 | 65,438 |
| | | | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | YOCHEM ANGELA | EVP | (i) | 494,944 | 105,000 | 105,628 | 105,000 | 34,287 | 844,859 | 0 |
| | | | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | ZWENG THOMAS | FMR EVP & CHIEF MEDICAL OFFICER | (i) | 336,434 | 670,824 | 510,223 | 18,300 | 42,991 | 1,578,772 | 98,143 |
| | | | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | GREGORY CHERE | SVP WOMEN'S HEALTH SERVICES | (i) | 406,827 | 250,606 | 85,748 | 78,427 | 31,771 | 853,379 | 60,000 |
| | | | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | GRIFFIN JON | SVP FINANCIAL PLAN & ANALYSIS | (i) | 385,579 | 246,951 | 98,764 | 85,865 | 37,527 | 854,686 | 54,750 |
| | | | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | MYERS SCOTT | SVP CORPORATE FINANCE | (i) | 394,537 | 251,457 | 96,459 | 86,007 | 16,997 | 845,457 | 52,584 |
| | | | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | PATEFIELD ARTHUR J | SVP & CHIEF MED INFO OFF | (i) | 410,343 | 271,710 | 44,836 | 16,500 | 38,574 | 781,963 | 7,500 |
| | | | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | WOOLLEN JR THOMAS | SVP CORP HLTH & HALLMARK CARE | (i) | 369,378 | 250,050 | 113,997 | 83,096 | 38,147 | 854,668 | 63,025 |
| | | | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | DANIELS JACQUELINE | FMR EVP & CHIEF ADMIN OFFICER | (i) | 0 | 227,341 | 401,088 | 0 | 8,334 | 636,763 | 7,500 |
| | | | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 31 | BEST DIANA | FMR SVP CLINICAL IMPROVEMENT | (i) | 83,407 | 419,131 | 437,453 | 4,996 | 20,568 | 965,555 | 7,500 |
| | | | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 32 | GARDELLA JOHN | VP | (i) | 167,469 | 206,182 | 11,277 | 0 | 12,035 | 396,963 | 7,500 |
| | | | (ii) | 134,275 | 0 | 18,602 | 16,101 | 10,316 | 179,294 | 0 |
| 33 | GARMON-BROWN OPHELIA | SVP | (i) | 352,851 | 239,012 | 112,712 | 16,500 | 19,179 | 740,254 | 61,575 |
| | | | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 34 | PARK DAVID | SVP | (i) | 330,891 | 220,151 | 56,736 | 16,500 | 25,538 | 649,816 | 7,500 |
| | | | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| # | Name | | (B)(i) | (B)(ii) | (B)(iii) | (C) | (D) | (E) | (F) |
|---|---|---|---|---|---|---|---|---|---|
| 35 | ROBSON MELISSA FMR SVP & CEO NHUVA HEALTH SYSTEM | (i) | 0 | 0 | 438,970 | 0 | 33,471 | 472,441 | 66,983 |
| | | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 36 | VINCENT PAULA FMR NH SVP | (i) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | (ii) | 454,883 | 274,707 | 71,967 | 16,500 | 19,796 | 837,853 | 22,500 |

Schedule J (Form 990) 2018

Schedule J (Form 990) 2018    Page **3**

### Part III   Supplemental Information

Provide the information, explanation, or descriptions required for Part I, lines 1a, 1b, 3, 4a, 4b, 4c, 5a, 5b, 6a, 6b, 7, and 8, and for Part II. Also complete this part for any additional information.

| Return Reference | Explanation |
|---|---|
| PART I, LINE 1A | PART I, LINE 1A: FRINGE OR EXPENSE EXPLANATION FIRST-CLASS OR CHARTER TRAVEL: FIRST-CLASS OR CHARTER TRAVEL IS NOT A COVERED TRAVEL EXPENSE FOR EXECUTIVES; THEY ARE LIMITED TO BUSINESS OR COACH CLASS FARES FOR COMMERCIAL FLIGHTS. HOWEVER, CHARTER TRAVEL IS AVAILABLE TO CERTAIN EXECUTIVES, BOARD MEMBERS, AND APPROVED BUSINESS PERSONNEL MEETING APPLICABLE POLICY CRITERIA. TRAVEL FOR COMPANIONS: COMPANIONS ARE ALLOWED ON CERTAIN CHARTER FLIGHTS PAID FOR BY THE ORGANIZATION. IN THAT CASE, THE VALUE OF THE COMPANION'S FLIGHT IS CALCULATED UNDER APPLICABLE TAX LAWS AND THAT AMOUNT IS INCLUDED IN THE EXECUTIVE'S TAXABLE INCOME AS PRESCRIBED BY THE APPLICABLE TAX LAWS. TAX INDEMNIFICATION AND GROSS-UP PAYMENTS: EXECUTIVES WHO USE FUNDS MADE AVAILABLE THROUGH THEIR DISCRETIONARY SPENDING ACCOUNT UNDER THE EXECUTIVE PERQUISITE PLAN (THE "PLAN") TO PAY PREMIUMS ON CASH VALUE LIFE INSURANCE POLICIES MAY RECEIVE ADDITIONAL COMPENSATION TO ADJUST FOR THE INCOME TAX LIABILITY ASSOCIATED WITH PAYING PREMIUMS FOR THIS INSURANCE. DISCRETIONARY SPENDING ACCOUNT: CERTAIN EXECUTIVES RECEIVE A DISCRETIONARY SPENDING ACCOUNT. THE DOLLAR AMOUNT IN THE ACCOUNT IS PRE-APPROVED BY THE COMPENSATION AND LEADERSHIP COMMITTEE OF THE NOVANT HEALTH BOARD OF TRUSTEES. THE ACCOUNT CAN BE USED ONLY FOR AN APPROVED LIST OF EXPENDITURES. ALL OPTIONS OTHER THAN A DEFERRED, AT-RISK, COMPENSATION OPTION ARE CONSIDERED TAXABLE AND ARE INCLUDED IN THE EXECUTIVE'S TAXABLE INCOME AS PRESCRIBED BY THE APPLICABLE TAX LAWS. HOUSING ALLOWANCE OR RESIDENCE FOR PERSONAL USE: WE PROVIDE TEMPORARY HOUSING ALLOWANCES IN CERTAIN EXECUTIVE RECRUITMENT AND RELOCATION PACKAGES. THE VALUE IS CALCULATED UNDER APPLICABLE TAX LAWS AND THAT AMOUNT IS INCLUDED IN THE EXECUTIVE'S INCOME AS PRESCRIBED BY THE APPLICABLE TAX LAWS. |
| PART I, LINES 4A-B | PART I, LINES 4A-C: SEVERANCE, NONQUALIFIED, AND EQUITY-BASED PAYMENTS SEVERANCE NONQUALIFIED EQUITY-BASED BEST, DIANA 346,408 BRUNSTETTER, PETER 87,385 90,000 COOK, DAVID 63,750 CURETON, JESSE 115,360 DANIELS, JACQUELINE 401,682 EASTERLING, DONALD 45,000 GARMON-BROWN, OPHELIA MD 54,075 GARRETT, DAVID 353,282 62,868 GREGORY, CHERE MD 52,500 GRIFFIN, JON 47,250 JENIKE, THOMAS MD 52,500 LANGFORD, KATHRYN 57,000 MORGAN, WAYNE 51,758 MYERS, SCOTT 45,084 PHIPPS, JOHN 127,927 93,150 ROBSON, MELISSA 445,943 59,483 SMITH, HARRY 77,250 SMITH-HILL, JANET 57,938 VANCE, AMY 47,895 WOOLLEN, THOMAS 55,525 ZWENG, THOMAS 249,913 90,643 |
| PART I, LINE 4A - SEVERANCE PLAN: | ELIGIBLE EXECUTIVES MAY RECEIVE SEVERANCE PAY THAT IS BASED ON ANNUAL COMPENSATION FOR A SPECIFIED PERIOD OF TIME. THE SEVERANCE PAY WOULD BE PAID ONLY IN THE EVENT OF CERTAIN TYPES OF EMPLOYMENT TERMINATION, AND IS FURTHER CONTINGENT ON THE SATISFACTION OF OTHER CONDITIONS SUCH AS COMPLIANCE WITH A NON-COMPETITION COVENANT. ANY CURRENT YEAR PAYMENTS HAVE BEEN INCLUDED IN THE COMPENSATION AMOUNTS REPORTED IN PART VII AND IN COLUMN (B)(III) OF SCHEDULE J. THE COMPENSATION AND LEADERSHIP COMMITTEE OF THE NOVANT HEALTH BOARD REVIEWS, APPROVES, AND OVERSEES ALL ASPECTS AND ALL ELEMENTS OF EXECUTIVE COMPENSATION AND BENEFITS, INCLUDING THE AMOUNTS AWARDED UNDER THIS SEVERANCE PLAN. |
| PART I, LINE 4B - SUPPLEMENTAL NONQUALIFIED RETIREMENT PLANS: | THE SUPPLEMENTAL EXECUTIVE RETIREMENT PLAN ("SERP") IS INTENDED TO SUPPORT RETENTION OF KEY EXECUTIVES, AND TO OFFER COMPETITIVE TOTAL COMPENSATION. ELIGIBLE EXECUTIVES WILL BE NOMINATED BY THE CEO AND APPROVED BY THE NOVANT HEALTH COMPENSATION AND LEADERSHIP COMMITTEE ("THE COMMITTEE") TO PARTICIPATE. GENERALLY, ANNUAL CONTRIBUTIONS TO THE PLAN OR PAYMENTS TO PARTICIPANTS WILL BE BASED ON A PERCENTAGE OF THE PARTICIPANT'S BASE SALARY AS OF JANUARY 1ST OF THE PREVIOUS PLAN YEAR AND ARE REPORTED IN COLUMN (C) OF SCHEDULE J. PRIOR TO MAKING THE CONTRIBUTIONS OR PAYMENTS, THE COMMITTEE WILL APPROVE THE AMOUNTS AS TO REASONABLENESS, WHEN COMBINED WITH ALL OTHER ANNUAL COMPENSATION. A 3 YEAR CLASS-YEAR VESTING PERIOD WILL APPLY UP TO AGE 62, WHEN ALL MONEY WOULD BE VESTED AND PAID OUT TO THE PARTICIPANT. OTHERWISE, VESTING WILL OCCUR ON JANUARY 1ST OF EACH YEAR FOR THE APPROPRIATE CLASS-YEAR VESTING PERIOD. THE COMMITTEE REVIEWS, APPROVES, AND OVERSEES ALL ASPECTS AND ALL ELEMENTS OF EXECUTIVE COMPENSATION AND BENEFITS. |

Schedule J (Form 990) 2018

## Additional Data

**Return to Form**

**Software ID:**
**Software Version:**

ProPublica
© Copyright
Pro Publica Inc.