PLAINTIFF'S EXHIBIT 114

**Schedule J (Form 990)**
Department of the Treasury
Internal Revenue Service

**Compensation Information**
For certain Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees
► Complete if the organization answered "Yes" on Form 990, Part IV, line 23.
► Attach to Form 990.
► Go to www.irs.gov/Form990 for instructions and the latest information.

OMB No. 1545-0047

**2019**

Open to Public Inspection

| Name of the organization | Employer identification number |
|---|---|
| NOVANT HEALTH INC | 56-1376950 |

### Part I  Questions Regarding Compensation

|  |  | Yes | No |
|---|---|---|---|
| 1a | Check the appropriate box(es) if the organization provided any of the following to or for a person listed on Form 990, Part VII, Section A, line 1a. Complete Part III to provide any relevant information regarding these items. |  |  |
|  | ☑ First-class or charter travel    ☑ Housing allowance or residence for personal use |  |  |
|  | ☑ Travel for companions    ☐ Payments for business use of personal residence |  |  |
|  | ☐ Tax idemnification and gross-up payments    ☐ Health or social club dues or initiation fees |  |  |
|  | ☑ Discretionary spending account    ☐ Personal services (e.g., maid, chauffeur, chef) |  |  |
| b | If any of the boxes on Line 1a are checked, did the organization follow a written policy regarding payment or reimbursement or provision of all of the expenses described above? If "No," complete Part III to explain | 1b Yes |  |
| 2 | Did the organization require substantiation prior to reimbursing or allowing expenses incurred by all directors, trustees, officers, including the CEO/Executive Director, regarding the items checked on Line 1a? | 2 Yes |  |
| 3 | Indicate which, if any, of the following the filing organization used to establish the compensation of the organization's CEO/Executive Director. Check all that apply. Do not check any boxes for methods used by a related organization to establish compensation of the CEO/Executive Director, but explain in Part III. |  |  |
|  | ☑ Compensation committee    ☐ Written employment contract |  |  |
|  | ☑ Independent compensation consultant    ☑ Compensation survey or study |  |  |
|  | ☐ Form 990 of other organizations    ☑ Approval by the board or compensation committee |  |  |
| 4 | During the year, did any person listed on Form 990, Part VII, Section A, line 1a, with respect to the filing organization or a related organization: |  |  |
| a | Receive a severance payment or change-of-control payment? | 4a Yes |  |
| b | Participate in, or receive payment from, a supplemental nonqualified retirement plan? | 4b Yes |  |
| c | Participate in, or receive payment from, an equity-based compensation arrangement? | 4c | No |
|  | If "Yes" to any of lines 4a-c, list the persons and provide the applicable amounts for each item in Part III. |  |  |
|  | **Only 501(c)(3), 501(c)(4), and 501(c)(29) organizations must complete lines 5-9.** |  |  |
| 5 | For persons listed on Form 990, Part VII, Section A, line 1a, did the organization pay or accrue any compensation contingent on the revenues of: |  |  |
| a | The organization? | 5a | No |
| b | Any related organization? | 5b | No |
|  | If "Yes," on line 5a or 5b, describe in Part III. |  |  |
| 6 | For persons listed on Form 990, Part VII, Section A, line 1a, did the organization pay or accrue any compensation contingent on the net earnings of: |  |  |
| a | The organization? | 6a | No |
| b | Any related organization? | 6b | No |
|  | If "Yes," on line 6a or 6b, describe in Part III. |  |  |
| 7 | For persons listed on Form 990, Part VII, Section A, line 1a, did the organization provide any nonfixed payments not described in lines 5 and 6? If "Yes," describe in Part III | 7 | No |
| 8 | Were any amounts reported on Form 990, Part VII, paid or accured pursuant to a contract that was subject to the initial contract exception described in Regulations section 53.4958-4(a)(3)? If "Yes," describe in Part III | 8 | No |
| 9 | If "Yes" on line 8, did the organization also follow the rebuttable presumption procedure described in Regulations section 53.4958-6(c)? | 9 |  |

For Paperwork Reduction Act Notice, see the Instructions for Form 990.  Cat. No. 50053T  Schedule J (Form 990) 2019

---

Page 2

Schedule J (Form 990) 2019  Page **2**

### Part II  Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees. Use duplicate copies if additional space is needed.

For each individual whose compensation must be reported on Schedule J, report compensation from the organization on row (i) and from related organizations, described in the instructions, on row (ii). Do not list any individuals that are not listed on Form 990, Part VII.
**Note.** The sum of columns (B)(i)-(iii) for each listed individual must equal the total amount of Form 990, Part VII, Section A, line 1a, applicable column (D) and (E) amounts for that individual.

| (A) Name and Title | | (B) Breakdown of W-2 and/or 1099-MISC compensation | | | (C) Retirement and other deferred compensation | (D) Nontaxable benefits | (E) Total of columns (B)(i)-(D) | (F) Compensation in column (B) reported as deferred on prior Form 990 |
|---|---|---|---|---|---|---|---|---|
| | | (i) Base compensation | (ii) Bonus & incentive compensation | (iii) Other reportable compensation | | | | |
| 1 ARMATO CARL<br>PRES & CEO NH / TRUSTEE | (i) | 1,610,458 | 1,452,510 | 999,114 | 24,300 | 40,938 | 4,127,320 | 7,500 |
| | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 HARGETT FRED<br>EVP & CFO | (i) | 868,308 | 795,468 | 557,745 | 24,300 | 40,195 | 2,286,016 | 7,500 |
| | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 LINDSAY JEFFERY<br>EVP | (i) | 987,316 | 836,381 | 290,924 | 24,300 | 30,812 | 2,169,733 | 7,500 |
| | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 MIHAL DENISE<br>EVP - CNO/CLIN OPS | (i) | 728,775 | 640,413 | 325,074 | 24,300 | 19,991 | 1,738,553 | 7,500 |
| | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 ESKIOGLU ERIC<br>SVP | (i) | 773,705 | 487,416 | 225,519 | 184,300 | 38,671 | 1,709,611 | 50,025 |
| | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 CURETON JESSE<br>EVP | (i) | 598,439 | 564,280 | 293,557 | 149,133 | 39,254 | 1,644,663 | 126,321 |
| | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| # | Name / Title | | (A) | (B) | (C) | (D) | (E) | (F) | (G) |
|---|---|---|---|---|---|---|---|---|---|
| 7 | SMITH HARRY<br>SVP HOSPITAL OPERATIONS | (i) | 611,704 | 409,752 | 307,241 | 120,187 | 41,546 | 1,490,430 | 94,406 |
| | | (ii) | - | - | - | - | - | - | - |
| | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | SMITH-HILL JANET<br>FMR EVP | (i) | 428,373 | 642,799 | 317,364 | 24,300 | 35,691 | 1,448,527 | 68,700 |
| | | (ii) | - | - | - | - | - | - | - |
| | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | ZWENG THOMAS MD<br>FMR EVP & CHIEF MEDICAL OFFICER | (i) | 0 | 368,386 | 1,012,055 | 0 | 30,088 | 1,410,529 | 352,334 |
| | | (ii) | - | - | - | - | - | - | - |
| | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | LIMENTANI STEVEN<br>SVP | (i) | 628,086 | 367,196 | 220,509 | 24,300 | 26,983 | 1,267,074 | 7,500 |
| | | (ii) | - | - | - | - | - | - | - |
| | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | YOCHEM ANGELA<br>EVP | (i) | 526,154 | 440,475 | 110,559 | 126,000 | 35,371 | 1,238,559 | 0 |
| | | (ii) | - | - | - | - | - | - | - |
| | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | EDWARDS BRYAN<br>SVP | (i) | 529,271 | 271,808 | 138,674 | 107,885 | 40,280 | 1,087,918 | 7,500 |
| | | (ii) | - | - | - | - | - | - | - |
| | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | MORGAN WAYNE<br>SVP | (i) | 454,292 | 274,329 | 216,823 | 96,132 | 39,798 | 1,081,374 | 60,810 |
| | | (ii) | - | - | - | - | - | - | - |
| | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | LANGFORD KATHRYN<br>SVP | (i) | 420,379 | 285,115 | 208,608 | 90,379 | 16,806 | 1,021,287 | 66,210 |
| | | (ii) | - | - | - | - | - | - | - |
| | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | JENIKE THOMAS MD<br>SVP | (i) | 406,126 | 270,832 | 194,004 | 87,876 | 36,422 | 995,260 | 61,575 |
| | | (ii) | - | - | - | - | - | - | - |
| | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | GRIFFIN JON<br>SVP | (i) | 402,043 | 272,750 | 180,356 | 88,640 | 38,462 | 982,251 | 59,003 |
| | | (ii) | - | - | - | - | - | - | - |
| | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | GREGORY CHERE MD<br>SVP | (i) | 425,491 | 270,240 | 160,952 | 80,914 | 32,860 | 970,457 | 52,500 |
| | | (ii) | - | - | - | - | - | - | - |
| | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | MYERS SCOTT<br>SVP | (i) | 414,679 | 269,244 | 169,057 | 89,408 | 17,284 | 959,672 | 59,121 |
| | | (ii) | - | - | - | - | - | - | - |
| | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | BLACKMON TANYA<br>EVP - CHIEF DIVERSITY OFF | (i) | 369,816 | 282,896 | 165,678 | 102,273 | 15,431 | 936,094 | 38,438 |
| | | (ii) | - | - | - | - | - | - | - |
| | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | EASTERLING DONALD<br>SVP NH CONSUMER OPERATIONS | (i) | 375,416 | 254,957 | 187,690 | 83,963 | 36,903 | 938,929 | 60,000 |
| | | (ii) | - | - | - | - | - | - | - |
| | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | VANCE AMY<br>SVP POPULATION HEALTH MGMT | (i) | 211,483 | 341,836 | 321,777 | 18,122 | 26,928 | 920,146 | 56,832 |
| | | (ii) | - | - | - | - | - | - | - |
| | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | SCOTT BERTRAM<br>SVP VALUE BASED STRATEGY | (i) | 131,111 | 306,001 | 436,868 | 5,556 | 22,683 | 902,219 | 15,000 |
| | | (ii) | - | - | - | - | - | - | - |
| | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | WOOLLEN JR THOMAS<br>SVP CORP HLTH & HALLMARK CARE | (i) | 209,485 | 314,082 | 329,297 | 18,269 | 38,162 | 909,295 | 63,750 |
| | | (ii) | - | - | - | - | - | - | - |
| | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | SEEHAUSEN ROBERT<br>SVP | (i) | 421,768 | 287,864 | 128,743 | 24,300 | 36,771 | 899,446 | 7,500 |
| | | (ii) | - | - | - | - | - | - | - |
| | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | OLIVER PAMELA MD<br>EVP & PRES NHMG | (i) | 514,261 | 36,602 | 97,986 | 131,100 | 29,617 | 809,566 | 7,500 |
| | | (ii) | - | - | - | - | - | - | - |
| | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | PATEFIELD ARTHUR J<br>SVP & CHIEF MED INFO OFF | (i) | 411,073 | 270,532 | 146,879 | 16,800 | 36,033 | 881,317 | 0 |
| | | (ii) | - | - | - | - | - | - | - |
| | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | GARMON-BROWN OPHELIA<br>SVP | (i) | 363,373 | 251,341 | 150,753 | 16,800 | 19,343 | 801,610 | 0 |
| | | (ii) | - | - | - | - | - | - | - |
| | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | EMORY FRANK<br>EVP CHIEF ADMIN OFF / ASST SEC | (i) | 590,059 | 100,000 | 64,889 | 0 | 32,593 | 787,541 | 0 |
| | | (ii) | - | - | - | - | - | - | - |
| | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | BRUNSTETTER PETER<br>FMR EVP & CHIEF LEGAL OFFICER | (i) | 0 | 0 | 768,938 | 0 | 17,053 | 785,991 | 304,373 |
| | | (ii) | - | - | - | - | - | - | - |
| | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | VINCENT PAULA<br>FMR NH SVP | (i) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | (ii) | 398,174 | 304,728 | 35,764 | 16,800 | 14,977 | 770,443 | 0 |
| 31 | GARRETT DAVID<br>FMR SVP CHIEF INFO OFFICER | (i) | 0 | 180,481 | 392,366 | 0 | 15,040 | 587,887 | 0 |
| | | (ii) | - | - | - | - | - | - | - |
| | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 32 | PHIPPS JOHN MD<br>FMR EVP & PRES NHMG | (i) | 0 | 0 | 495,907 | 0 | 15,677 | 511,584 | 0 |
| | | (ii) | - | - | - | - | - | - | - |
| | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 33 | BEST DIANA<br>FMR SVP CLINICAL IMPROVEMENT | (i) | 0 | 130,107 | 299,465 | 0 | 14,492 | 444,064 | 0 |
| | | (ii) | - | - | - | - | - | - | - |
| | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 34 | MORRIS JOHN<br>ASST SEC | (i) | 228,652 | 126,620 | 40,289 | 22,287 | 24,834 | 442,682 | 7,500 |
| | | (ii) | - | - | - | - | - | - | - |
| | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| # | Name | | (B)(i) | (B)(ii) | (B)(iii) | (C) | (D) | (E) | (F) |
|---|---|---|---|---|---|---|---|---|---|
| 35 | COOK DAVID MD<br>FMR SVP | (i) | 58,005 | 0 | 138,912 | 10,290 | 6,837 | 214,044 | 73,162 |
| | | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 36 | ROBSON MELISSA<br>FMR SVP & CEO NHUVA HEALTH SYS | (i) | 0 | 0 | 120,061 | 0 | 0 | 120,061 | 0 |
| | | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Schedule J (Form 990) 2019

Page 3

Schedule J (Form 990) 2019     Page **3**

### Part III   Supplemental Information

Provide the information, explanation, or descriptions required for Part I, lines 1a, 1b, 3, 4a, 4b, 4c, 5a, 5b, 6a, 6b, 7, and 8, and for Part II. Also complete this part for any additional information.

| Return Reference | Explanation |
|---|---|
| PART I, LINE 1A | PART I, LINE 1A: FRINGE OR EXPENSE EXPLANATION FIRST-CLASS OR CHARTER TRAVEL: FIRST-CLASS OR CHARTER TRAVEL IS NOT A COVERED TRAVEL EXPENSE FOR EXECUTIVES; THEY ARE LIMITED TO BUSINESS OR COACH CLASS FARES FOR COMMERCIAL FLIGHTS. HOWEVER, CHARTER TRAVEL IS AVAILABLE TO CERTAIN EXECUTIVES, BOARD MEMBERS, AND APPROVED BUSINESS PERSONNEL MEETING APPLICABLE POLICY CRITERIA. TRAVEL FOR COMPANIONS: COMPANIONS ARE ALLOWED ON CERTAIN CHARTER FLIGHTS PAID FOR BY THE ORGANIZATION. IN THAT CASE, THE VALUE OF THE COMPANION'S FLIGHT IS CALCULATED UNDER APPLICABLE TAX LAWS AND THAT AMOUNT IS INCLUDED IN THE EXECUTIVE'S TAXABLE INCOME AS PRESCRIBED BY THE APPLICABLE TAX LAWS. DISCRETIONARY SPENDING ACCOUNT: CERTAIN EXECUTIVES RECEIVE A DISCRETIONARY SPENDING ACCOUNT. THE DOLLAR AMOUNT IN THE ACCOUNT IS PRE-APPROVED BY THE COMPENSATION AND LEADERSHIP COMMITTEE OF THE NOVANT HEALTH BOARD OF TRUSTEES. THE ACCOUNT CAN BE USED ONLY FOR AN APPROVED LIST OF EXPENDITURES. ALL OPTIONS OTHER THAN A DEFERRED, AT-RISK, COMPENSATION OPTION ARE CONSIDERED TAXABLE AND ARE INCLUDED IN THE EXECUTIVE'S TAXABLE INCOME AS PRESCRIBED BY THE APPLICABLE TAX LAWS. HOUSING ALLOWANCE OR RESIDENCE FOR PERSONAL USE: WE PROVIDE TEMPORARY HOUSING ALLOWANCES IN CERTAIN EXECUTIVE RECRUITMENT AND RELOCATION PACKAGES. THE VALUE IS CALCULATED UNDER APPLICABLE TAX LAWS AND THAT AMOUNT IS INCLUDED IN THE EXECUTIVE'S INCOME AS PRESCRIBED BY THE APPLICABLE TAX LAWS. |
| PART I, LINES 4A-B | PART I, LINES 4A-C: SEVERANCE, NONQUALIFIED, AND EQUITY-BASED PAYMENTS SEVERANCE BEST, DIANA $303,107 BRUNSTETTER, PETER $428,978 GARRETT, DAVID $395,522 PHIPPS, JOHN $499,639 ROBSON, MELISSA $120,061 SCOTT, BERTRAM $253,096 SMITH-HILL, JANET $72,621 VANCE, AMY $188,302 WOOLLEN, THOMAS $170,122 ZWENG, THOMAS $612,995 NONQUALIFIED BLACKMON, TANYA $30,938 BRUNSTETTER, PETER $289,373 COOK, DAVID $65,662 CURETON, JESSE $118,821 ESKIOGLU, ERIC $50,025 GREGORY, CHERE $52,500 GRIFFIN, JON $51,503 JENIKE, THOMAS $54,075 LANGFORD, KATHRYN $58,710 MORGAN, WAYNE $53,310 MYERS, SCOTT $51,621 SMITH, HARRY $86,906 SMITH-HILL, JANET $61,200 VANCE, AMY $49,332 WOOLLEN, THOMAS $56,250 ZWENG, THOMAS $337,334 EQUITY-BASED NONE |
| PART I, LINE 4A - SEVERANCE PLAN: | ELIGIBLE EXECUTIVES MAY RECEIVE SEVERANCE PAY THAT IS BASED ON ANNUAL COMPENSATION FOR A SPECIFIED PERIOD OF TIME. THE SEVERANCE PAY WOULD BE PAID ONLY IN THE EVENT OF CERTAIN TYPES OF EMPLOYMENT TERMINATION, AND IS FURTHER CONTINGENT ON THE SATISFACTION OF OTHER CONDITIONS SUCH AS COMPLIANCE WITH A NON-COMPETITION COVENANT. ANY CURRENT YEAR PAYMENTS HAVE BEEN INCLUDED IN THE COMPENSATION AMOUNTS REPORTED IN PART VII AND IN COLUMN (B)(III) OF SCHEDULE J. THE COMPENSATION AND LEADERSHIP COMMITTEE OF THE NOVANT HEALTH BOARD REVIEWS, APPROVES, AND OVERSEES ALL ASPECTS AND ALL ELEMENTS OF EXECUTIVE COMPENSATION AND BENEFITS, INCLUDING THE AMOUNTS AWARDED UNDER THIS SEVERANCE PLAN. |
| PART I, LINE 4B - SUPPLEMENTAL NONQUALIFIED RETIREMENT PLANS: | THE SUPPLEMENTAL EXECUTIVE RETIREMENT PLAN ("SERP") IS INTENDED TO SUPPORT RETENTION OF KEY EXECUTIVES, AND TO OFFER COMPETITIVE TOTAL COMPENSATION. ELIGIBLE EXECUTIVES WILL BE NOMINATED BY THE CEO AND APPROVED BY THE NOVANT HEALTH COMPENSATION AND LEADERSHIP COMMITTEE ("THE COMMITTEE") TO PARTICIPATE. GENERALLY, ANNUAL CONTRIBUTIONS TO THE PLAN OR PAYMENTS TO PARTICIPANTS WILL BE BASED ON A PERCENTAGE OF THE PARTICIPANT'S BASE SALARY AS OF JANUARY 1ST OF THE PREVIOUS PLAN YEAR AND ARE REPORTED IN COLUMN (C) OF SCHEDULE J. PRIOR TO MAKING THE CONTRIBUTIONS OR PAYMENTS, THE COMMITTEE WILL APPROVE THE AMOUNTS AS TO REASONABLENESS, WHEN COMBINED WITH ALL OTHER ANNUAL COMPENSATION. A 3 YEAR CLASS-YEAR VESTING PERIOD WILL APPLY UP TO AGE 62, WHEN ALL MONEY WOULD BE VESTED AND PAID OUT TO THE PARTICIPANT. OTHERWISE, VESTING WILL OCCUR ON JANUARY 1ST OF EACH YEAR FOR THE APPROPRIATE CLASS-YEAR VESTING PERIOD. THE COMMITTEE REVIEWS, APPROVES, AND OVERSEES ALL ASPECTS AND ALL ELEMENTS OF EXECUTIVE COMPENSATION AND BENEFITS. |

Schedule J (Form 990) 2019

## Additional Data

[Return to Form]

**Software ID:**
**Software Version:**

ProPublica
© Copyright
Pro Publica Inc.