CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Novant Health Annual Incentive Plan Goal Matrix: Fiscal 2017

PLAINTIFF'S EXHIBIT 34

- Please enter Employee ID in the yellow field indicated. Your employee data should auto-populate.
- All individual goals should have a weighted value of 20% or more totaling 100% for all goals.
- Achievement Score must reach Threshold to receive a score greater than Zero, Threshold to reach Target, and Target to reach Maximum.
- Scores may be prorated between Threshold and Target, and Target and Maximum.
- The form has been protected for structure and formulas. Please do not rename sheets, or restrucure form.
- Please do not consolidate goals sheets for multiple employees into a single workbook. Each executive must have an individual file.
- Goal Sharing: if you are sharing a goal, please list all other participants who are sharing the goal with you (first and last name) in the "Area of Performance" cell
- Supporting information may be included on the "Supporting Information" tab; additional tabs may be added if needed (do not rename the Goals worksheet).
- If goals are modified/updated during the year for any reason, updated forms must be submitted to Human Resources within 30 days of change for approval.

Questions? Please select the link: 2017 Annual Goal Questions

| | | |
|---|---|---|
| Enter Employee ID | **160368** | |
| Name | **Duvall, David** | Tier: 002 |
| Title | **SVP Marketing & Communications** | Goal Opportunity for Tier: 25%-40%-50% |
| Department | **Corporate Marketing** | System / Individual Weighting: 50% / 50% |
| Leader | **Cureton, Jesse** | |
| If role has changed, start date of new role: | | Notes for HR Compensation: |

| SYSTEM GOAL Area of Performance | THRESHOLD Score: 1 | TARGET Score: 2 | MAXIMUM Score: 3 | WT | ACHIEVEMENT SCORE | TOTAL |
|---|---|---|---|---|---|---|
| Team Member Engagement | 4.08 OR 38th percentile ranking | 4.13 OR 48th percentile ranking | 4.18 OR 58th percentile ranking | 25% | | 0.000 |
| Population Health | 50% of Indicators will be Green | 65% of Indicators will be Green | 80% of Indicators will be Green | 25% | | 0.000 |
| Quality | 70% of Indicators at or above top performance | 80% of Indicators at or above top performance | 90% of Indicators at or above top performance | 25% | | 0.000 |
| System Financial Health | 8% OCF | 11% OCF | 14% OCF | 25% | | 0.000 |
| SCORE | | | | 100% | | 0.000 |
| Weighted System Score | | System Weight: 50% | | | | 0.000 |

| INDIVIDUAL Area of Performance | THRESHOLD Score: 1 | TARGET Score: 2 | MAXIMUM Score: 3 | WEIGHT (should total 100%) | ACHIEVEMENT SCORE (minimum of 1 and maximum of 3) | TOTAL (will automatically calculate) |
|---|---|---|---|---|---|---|
| Team Member Engagement  You must use the survey results from your direct reports. If there is no direct report result, you will use your roll up results of your direct and indirect reports. If you still do not have enough responses to generate a tier score, you must use your one-up leader's roll-up score. | Leaders with Tier 3 results from direct reports in 2017 with following conditions: Leaders with Tier 3 results from direct reports in 2016, **and** Tier 3 results in 2017, **and** Action Planning Readiness greater than or equal to 60 in 2017, **and** Power Item score increase by .50 percentage points. <OR> Leaders who do not have 2016 survey results, and who have Tier 3 results from direct reports in 2017. | Leaders with Tier 2 results from direct reports in 2017. | Leaders with Tier 1 results from direct reports in 2017. | 25% | 3.000 | 0.750 |
| "Seventh segment" and national thought leadership | Write a whitepaper capturing year-one Academy/consumerism learning & insights. | Secure and conduct at least one national speaking engagement. | Publish two descriptive papers in peer-reviewed journals. | 25% | 3.000 | 0.750 |
| Diversity & Inclusion | Identify (or develop) a validated framework/tool for measuring D&I baseline. | Take tangible steps to embed D&I in M&C culture. | Launch Hispanic and 65+ initiatives, with aligned KPIs, to support growth strategy. | 25% | 3.000 | 0.750 |
| Market insights dashboard | Continue the evolution of NPS, including increased sample size & socialization with ET & parent board. | Develop multi-dimensional KPI dashboard for each major market. | Launch two new CRM based growth initiatives, one with Evariant, one with RV, each with measurable and positive R.O.I. | 25% | 2.750 | 0.688 |
| | | | | | | 0.000 |
| SCORE | | | | 100% | | 2.938 |
| Weighted Individual Score | | Individual Weight: 50% | | | | 1.469 |

| Weighted Score: | | 1.4 |
|---|---|---|

Part 6 - Duvall David Goal Matrix 2017 Submitted (003).XLSX
NOVANT 001032