**CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER**

Novant Health Annual Incentive Plan Goal Matrix: Fiscal 2018

**PLAINTIFF'S EXHIBIT**

**56**
_____

-Please enter Employee ID in the yellow field indicated. Your employee data should auto-populate.

-All individual goals should have a weighted value of 20% or more totaling 100% for all goals.

-Achievement Score must reach Threshold to receive a score greater than Zero, Threshold to reach Target, and Target to reach Maximum.

-Scores may be prorated between Threshold and Target, and Target and Maximum.

-The form has been protected for structure and formulas. Please do not rename sheets, or restructure the form.

-Please do not consolidate goals sheets for multiple employees into a single workbook. Each participant must have an individual file.

-Goal Sharing: if you are sharing a goal, please list all other participants who are sharing the goal with you (first and last name) in the "Area of Performance" cell and/or on the new for 2018 "Shared Goal Detail" tab.

-Supporting information may be included on the "Supporting Information" tab; additional tabs may be added if needed (do not rename the "Goals" worksheet.)

-If goals are modified/updated during the year for any reason, updated forms must be submitted to Human Resources within 30 days of change for approval.

Questions?     Please select the link:     [Annual Goal Questions](Annual Goal Questions)

| | | | |
|---|---|---|---|
| Enter Employee ID | **160368** | If information does not auto populate, or information has changed, enter corrected information below: | Tier: 002 |
| Name | **Duvall, David** | | Goal Opportunity for Tier: 25%-40%-50% |
| Title | SVP Marketing & Communications | | System / Individual Weighting 50% / 50% |
| Department | Corporate Marketing | | |
| Leader | Cureton, Jesse | | |
| If role has changed, start date of new role: | | Notes for HR Compensation: | |

| SYSTEM GOAL<br>Area of Performance | THRESHOLD<br>Score: 1 | TARGET<br>Score: 2 | MAXIMUM<br>Score: 3 | WT | ACHIEVEMENT SCORE | TOTAL |
|---|---|---|---|---|---|---|
| **Team Member Engagement** | 4.20<br>OR<br>64th percentile ranking | 4.26<br>OR<br>77th percentile ranking | 4.33<br>OR<br>89th percentile ranking | 25% | | 0.000 |
| **Growth**<br>Increase Adjusted Discharges (.5wt)<br>NMG Encounters (.5wt) | Adjusted Discharges 1%<br>AND<br>NMG Encounters 4.7% | Adjusted Discharges 2.5%<br>AND<br>NMG Encounters 8.7% | Adjusted Discharges 4%<br>AND<br>NMG Encounters 12.7% | 25% | | 0.000 |
| **Quality** | 70% of Indicators at or above top performance | 80% of Indicators at or above top performance | 90% of Indicators at or above top performance | 25% | | 0.000 |
| **System Financial Health** | 7% OCF | 10% OCF | 13% OCF | 25% | | 0.000 |
| **SCORE** | | | | 100% | | **0.000** |
| **Weighted System Score** | System Weight: | **50%** | | | | **0.000** |

| INDIVIDUAL<br>Area of Performance | THRESHOLD<br>Score: 1 | TARGET<br>Score: 2 | MAXIMUM<br>Score: 3 | WEIGHT<br>(should total 100%) | ACHIEVEMENT SCORE<br>(minimum of 1 and maximum of 3) | TOTAL<br>(will automatically calculate) |
|---|---|---|---|---|---|---|
| **Digital MarComm Engagement** | Launch RV platform, w/ new appts. = to Epic 2017 baseline | Launch RV platform and integrate net new tracking metric into MMX model | Lauch RV and team member CONNECT app; 80% of pilot group download; receive actionable feedback from 50% | 33% | | 0.000 |
| **Brand Building** | Launch new campaign; gain statistically significant change in aided/unaided awareness | Launch EET (sales team) and PRM tool; learn, refine, scale | Launch new campaign and gain statistically significant change in trust equity | 34% | | 0.000 |
| **Consumer Centricity (Health Mgmt. Academy)** | Build core elements of new digital pre-diabetes journey | Build core elements of digital pre-diabetes journey and integrate Health Ebasket | Pilot program with 100 team members and receive actionable feedback from 33% | 33% | | 0.000 |
| | | | | | | 0.000 |
| | | | | | | 0.000 |
| **SCORE** | | | | 100% | | **0.000** |
| **Weighted Individual Score** | Individual Weight: | **50%** | | | | **0.000** |

| | | |
|---|---|---|
| **Weighted Score:** | | **0.0** |

Approved Goal Matrix DDuvall VS 2018.XLSX

NOVANT 1001045