**PLAINTIFF'S EXHIBIT 82**

- Please enter Employee ID in the yellow field indicated. Your employee data should auto-populate.
- Depending on your tier, you may need to select your goal weighting from the drop down menu (Tier 002 & Tier 003)
- All individual goals should have a weighted value of 20% or more totaling 100% for all goals.
- The form has been protected for structure and formulas. Please do not rename sheets, or restrucure form.
- You may hide system goal section if this is not applicable to your program (100% Individual weighting)
- Please do not consolidate goals sheets for multiple employees into a single workbook. Each executive must have an individual file.
- Goal Sharing: if you are sharing a goal, please list all other participants who are sharing the goal with you (first and last name) in the "Area of Performance" cell
- Supporting information may be included on the "Supporting Information" tab; additional tabs may be added if needed (do not rename the Goals worksheet.)
- If goals are modified/updated during the year for any reason, updated forms must be submitted to Human Resources within 30 days of change for approval.

Questions? Please select the link: 2016 Annual Goal Questions

| | | | | |
|---|---|---|---|---|
| Enter Employee ID | 157894 | If information does not auto populate, or information has changed, enter corrected information below: | Tier: | 001 |
| Name | Cureton, Jesse | | Goal Opportunity for Tier: | 40%-55%-70% |
| Title | EVP & Chief Consumer Officer | | System / Individual Weighting | 90% / 10% |
| Department | Administration | | If tier 002 or 003, select goal weighting: | N/A |
| Leader | Armato, Carl | | | |
| If role has changed, start date of new role: | | Notes for HR Compensation: | | |

| SYSTEM GOAL<br>Area of Performance | THRESHOLD<br>Score: 1 | TARGET<br>Score: 2 | MAXIMUM<br>Score: 3 | WT | ACHIEVEMENT SCORE | TOTAL |
|---|---|---|---|---|---|---|
| **Patient Satisfaction**<br>(equally weighted with final result average of 3)<br>IP Experience: Increase in LTR over 2015 scores for inpatient overall (baseline = 2015 top box score 70.9%)<br>ED Patient Experience: Increase in LTR over 2015 scores for ED overall includes ED-P (baseline = 2015 top box score 65.7%)<br>NHMG Patient Experience: Increase in LTR practice over 2015 scores for NHMG includes UC (baseline = 2015 top box score 84.8%) | 0.2 percentage point increase over baseline<br><br>0.2 percentage point increase over baseline<br><br>Maintain baseline | 1.5 percentage point increase over baseline<br><br>2.4 percentage point increase over baseline<br><br>0.9 percentage point increase over baseline | 3.6 percentage point increase over baseline<br><br>5.8 percentage point increase over baseline<br><br>2.5 percentage point increase over baseline | 25% | | 0.000 |
| **Population Health**<br>(see scorecard) | 45% of Indicators will be Green | 60% of Indicators will be Green | 75% of Indicators will be Green | 25% | | 0.000 |
| **Quality**<br>(see scorecard) | 70% of Indicators at or above top performance | 80% of Indicators at or above top performance | 90% of Indicators at or above top performance | 25% | | 0.000 |
| **System Financial Health** | 9% OCF | 11.1% OCF | 14% OCF | 25% | | 0.000 |
| SCORE | | | | 100% | | 0.000 |
| **Weighted System Score** | | System Weight: | 90% | | | 0.000 |

| INDIVIDUAL<br>Area of Performance | THRESHOLD<br>Score: 1 | TARGET<br>Score: 2 | MAXIMUM<br>Score: 3 | WEIGHT (should total 100%) | ACHIEVEMENT SCORE (minimum of 1 and maximum of 3) | TOTAL (will automatically calculate) |
|---|---|---|---|---|---|---|
| | | | | | | 0.000 |
| Value Based Strategy Team | Implement earnings opportunities for two program initiatives in the VBST. | Implement earnings opportunities for four program initiatives in the VBST. | Implement earning opportunities for four program initiatives in the VBST and demonstrate earnings of 30 million dollars run rate to the organization. | 50% | | 0.000 |
| Innovation | Develop a strategy for an innovation Program within Novant Health that will support all aspects of our business, be best in class, support growth and support the fee for service and value based models of care delivery. | Hire an Innovation Officer and develop his or her role. Set up an innovation steering committee and work team and give each structure and function. Begin the communication and integration process within Novant Health. | The innovation program will have begun work on all three buckets of Innovation, connect this work to each area of the business, successfully integrate this work into our culture and connect Novant Health to other leading systems in the US around innovation. | 50% | | 0.000 |
| | | | | | | 0.000 |
| | | | | | | 0.000 |
| SCORE | | | | 100% | | 0.000 |
| **Weighted Individual Score** | | Individual Weight: | 10% | | | 0.000 |

| Weighted Score: | | | 0.0 | | | |
|---|---|---|---|---|---|---|

Cureton, Jesse 2016 Tier Goals.XLSX

NOVANT - 001148