Novant Health Annual Incentive Plan Goal Matrix: Fiscal 2018

**PLAINTIFF'S EXHIBIT 84**

- Please enter Employee ID in the yellow field indicated. Your employee data should auto-populate.
- All individual goals should have a weighted value of 20% or more totaling 100% for all goals.
- Achievement Score must reach Threshold to receive a score greater than Zero, Threshold to reach Target, and Target to reach Maximum.
- Scores may be prorated between Threshold and Target, and Target and Maximum.
- The form has been protected for structure and formulas. Please do not rename sheets, or restructure the form.
- Please do not consolidate goals sheets for multiple employees into a single workbook. Each participant must have an individual file.
- Goal Sharing: if you are sharing a goal, please list all other participants who are sharing the goal with you (first and last name) in the "Area of Performance" cell and/or on the new for 2018 "Shared Goal Detail" tab.
- Supporting information may be included on the "Supporting Information" tab; additional tabs may be added if needed (do not rename the "Goals" worksheet.)
- If goals are modified/updated during the year for any reason, updated forms must be submitted to Human Resources within 30 days of change for approval.

Questions? Please select the link: Annual Goal Questions

| | | | | |
|---|---|---|---|---|
| Enter Employee ID | 157894 | If information does not auto populate, or information has changed, enter corrected information below: | Tier: | 001 |
| Name | Cureton, Jesse | | Goal Opportunity for Tier: | 40%-55%-70% |
| Title | EVP & Chief Consumer Officer | | System / Individual Weighting | 90% / 10% |
| Department | Administration | | | |
| Leader | Armato, Carl | | | |
| If role has changed, start date of new role: | | Notes for HR Compensation: | | |

| SYSTEM GOAL Area of Performance | THRESHOLD Score: 1 | TARGET Score: 2 | MAXIMUM Score: 3 | WT | ACHIEVEMENT SCORE | TOTAL |
|---|---|---|---|---|---|---|
| Team Member Engagement | 4.20 OR 64th percentile ranking | 4.26 OR 77th percentile ranking | 4.33 OR 89th percentile ranking | 25% | | 0.000 |
| Growth Increase Adjusted Discharges (.5wt) NMG Encounters (.5wt) | Adjusted Discharges 1% AND NMG Encounters 4.7% | Adjusted Discharges 2.5% AND NMG Encounters 8.7% | Adjusted Discharges 4% AND NMG Encounters 12.7% | 25% | | 0.000 |
| Quality | 70% of Indicators at or above top performance | 80% of Indicators at or above top performance | 90% of Indicators at or above top performance | 25% | | 0.000 |
| System Financial Health | 7% OCF | 10% OCF | 13% OCF | 25% | | 0.000 |
| SCORE | | | | 100% | | 0.000 |
| Weighted System Score | | System Weight: | 90% | | | 0.000 |

| Executive Team Individual Goals Area of Performance | WEIGHT (should total 100%) | ACHIEVEMENT SCORE (minimum of 1 and maximum of 3) | TOTAL (will automatically calculate) |
|---|---|---|---|
| Pursue Leader Development Plan items, participate in coaching sessions with Mike Whitehead and include personal development questions and issues in status meetings with the CEO. | 100% | | 0.000 |
| | | | 0.000 |
| SCORE | 100% | | 0.000 |
| Weighted Individual Score | Individual Weight: 10% | | 0.000 |

| Weighted Score: | | | 0.0 |
|---|---|---|---|