CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

# Long-Term Goals
## 16-18 Results: Total Score 66.08%

| Circuit Breaker | Year/Cycle | Target | Achieved |
|---|---|---|---|
| Finance | By 2018 Cycle 16-18 | Compliance with requirements of Form 990, Sch H<br><br>Cumulative (3-year) 75% of AIP Financial Threshold | |

| Goals | Year/Cycle | Target | Achieved |
|---|---|---|---|
| Hospital Acquired Infections (.5 wt) | By 2018 Cycle 16-18 | A 50 percent reduction in 4 categories measured by average of September/October/November 2018 data. The 50 percent reduction is based on 2015 data, each category counts ¼ of score. Categories: MRSA - 50% reduction, C. Diff (new NHSN definition for 2016 – 50% reduction, CAUTI – 50% reduction, CLABSI – 50% reduction. | 78.84% |
| Leapfrog Scoring (.5 wt) | | Using October 2018 Leapfrog report, all NH facilities as of January 1, 2016 (10, excluding Haymarket & Culpeper) will have Leapfrog grade of "A". Credit will be given as follows: A = 3 points, B = 2 points, C/D/F = 0 points. Final Score determined by adding all individual facility scores together for a maximum of 30 points (3x10). Baseline Score is 15 points (based on October 2015 Leapfrog report). | 53.33% |