# Long-term goals | 2017-2019 measures



DEFENDANT'S EXHIBIT 32

| Circuit Breaker | Year/Cycle | Target | Achieved |
|---|---|---|---|
| Finance | By 2019 Cycle 17-19 | Compliance with requirements of Form 990, Sch H<br><br>Cumulative (3-year) 75% of AIP Financial Threshold | |

| Goals | Year/Cycle | Target | Achieved |
|---|---|---|---|
| Patient Satisfaction (.33 wt) | By 2019 Cycle 17-19 | <u>Inpatient</u>: (weighted 75% of total) 4 metrics, each reaching the 70th percentile ranking or 2016 required top box score: Prompt response to call, Attention to special/personal needs, staff worked together to care for you, Likelihood of recommending hospital. Scoring will be based on proportional assessment of performance between 2016 baseline and 70th percentile target. <u>NHMG</u>: (weighted 25% of total) 3 metrics, Standard care provider domain, Staff worked together, Likelihood of recommending practice. Scoring will be 50% credit for maintaining 80th percentile performance, and the remaining 50% will be scored based on proportional assessment of performance between 80th percentile and 90th percentile target. Credit will be given for achieving ranking or 2016 required top box score. Final goal will be measured based on Q4 2019 results. | 71.797% |
| Choices & Champions (.33 wt) | | **Metric 1:** 75% of patients age 18 or older seen in a NHMG clinic (excluding Express Care, Urgent Care clinics, and Ambulatory Surgical Centers) have a documented healthcare "champion" decision-maker. The metric will be measured on a monthly basis. Baseline is 1%. Final goal will be measured based on Sept, Oct & Nov 2019 data.<br>**Metric 2:** 75% of all Medicare patients (not limited to Fee for Service) admitted to a NH hospital have a documented Advance Care Planning ("ACP") note in Dimensions. The metric will be measured on a monthly basis. Baseline is 5%. Final goal will be measured based on Sept, Oct & Nov 2019 data. | 100% |
| Diversity & Inclusion (.33 wt) | | **Metric:** Team member engagement "One Ask" survey result for *"This organization values team members from different backgrounds,"* measured at the system level. The 2016 engagement scores required to meet the 70th, 80th and 90th percentile ranking in the PG national database will serve as the annual requirements. The 2016 "One Ask" survey result for (same question) will serve as the baseline/starting point. The 3 year goal is set at 4.37 or the 90th percentile and will be measured on the 2019 team member engagement survey. | 100% |

Case 3:19-cv-00624-DSC   Document 134-17   Filed 02/01/22   Page 1 of 1

**90.59%**

NOVANT-006050