## Form W-2 Wage and Tax Statement — 2013

**Employer:** NOVANT HEALTH CORPORATE
2085 FRONTIS PLAZA BOULEVARD
WINSTON-SALEM NC 27103

**Employee:** DAVID GERALD DUVALL
4300 SHARON ROAD
APARTMENT # 446
CHARLOTTE NC 28211

| Box | Description | Amount |
|---|---|---|
| 1 | Wages, tips, other compensation | 135414.88 |
| 2 | Federal income tax withheld | 38655.58 |
| 3 | Social security wages | 113700.00 |
| 4 | Social security tax withheld | 7049.40 |
| 5 | Medicare wages and tips | 152914.88 |
| 6 | Medicare tax withheld | 2217.27 |
| 12a | C | 166.46 |
| 12b | E | 17500.00 |
| 12c | P | 35675.05 |
| 12d | DD | 3175.62 |
| 13 | Retirement plan | X |
| 15 | State | NC |
| | Employer's state ID number | 060061462 |
| 16 | State wages, tips, etc. | 135414.88 |
| 17 | State income tax | 10152.00 |

PLAINTIFF'S EXHIBIT 116

## Form W-2 Wage and Tax Statement — 2014

**Employer:** NOVANT HEALTH CORPORATE
2085 FRONTIS PLAZA BOULEVARD
WINSTON-SALEM NC 27103

**Employee:** DAVID GERALD DUVALL
4300 SHARON ROAD
APARTMENT # 418
CHARLOTTE NC 28211

| Box | Description | Amount |
|---|---|---|
| 1 | Wages, tips, other compensation | 395090.99 |
| 2 | Federal income tax withheld | 109392.00 |
| 3 | Social security wages | 117000.00 |
| 4 | Social security tax withheld | 7254.00 |
| 5 | Medicare wages and tips | 412590.99 |
| 6 | Medicare tax withheld | 7895.89 |
| 12a | C | 790.62 |
| 12b | E | 17500.00 |
| 12c | DD | 15194.66 |
| 13 | Retirement plan | X |
| 15 | State | NC |
| | Employer's state ID number | 060061462 |
| 16 | State wages, tips, etc. | 395090.99 |
| 17 | State income tax | 22414.00 |

## Form W-2 Wage and Tax Statement — 2015

**Employer:** NOVANT HEALTH CORPORATE
2085 FRONTIS PLAZA BOULEVARD
WINSTON-SALEM NC 27103

**Employee:** DAVID GERALD DUVALL
4300 SHARON ROAD
APARTMENT # 418
CHARLOTTE NC 28211

| Box | Description | Amount |
|---|---|---|
| 1 | Wages, tips, other compensation | 487831.39 |
| 2 | Federal income tax withheld | 134700.89 |
| 3 | Social security wages | 118500.00 |
| 4 | Social security tax withheld | 7347.00 |
| 5 | Medicare wages and tips | 529831.39 |
| 6 | Medicare tax withheld | 10651.04 |
| 12a | C | 792.10 |
| 12b | E | 24000.00 |
| 12c | G | 18000.00 |
| 12d | DD | 17219.79 |
| 13 | Retirement plan | X |
| 15 | State | NC |
| | Employer's state ID number | 060061462 |
| 16 | State wages, tips, etc. | 487831.39 |
| 17 | State income tax | 27640.00 |

## Form W-2 Wage and Tax Statement 2016

**This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.**

| Field | Value |
|---|---|
| c Employer's name, address, and ZIP code | NOVANT HEALTH CORPORATE<br>NOVANT HEALTH CORPORATE (001)<br>2085 FRONTIS PLAZA BOULEVARD<br>WINSTON-SALEM NC 27103 |
| e Employee's name, address, and ZIP code | DAVID GERALD DUVALL<br>4300 SHARON ROAD<br>APARTMENT # 418<br>CHARLOTTE NC 28211 |
| 7 Social security tips | |
| 8 Allocated tips | |
| 9 | |
| 10 Dependent care benefits | |
| 13 Statutory employee / Retirement plan (X) / Third-party sick pay | |
| b Employer identification number (EIN) | |
| a Employee's social security number | |
| 1 Wages, tips, other compensation | 543503.90 |
| 2 Federal income tax withheld | 150057.13 |
| 3 Social security wages | 118500.00 |
| 4 Social security tax withheld | 7347.00 |
| 5 Medicare wages and tips | 585436.54 |
| 6 Medicare tax withheld | 11957.76 |
| 11 Nonqualified plans | |
| 14 Other | |
| 12a C | 858.62 |
| 12b E | 23932.64 |
| 12c G | 18000.00 |
| 12d DD | 18255.90 |
| 15 State NC / Employer's state ID number 060061462 | |
| 16 State wages, tips, etc. | 543503.90 |
| 17 State income tax | 30764.00 |
| 18 Local wages, tips, etc. | |
| 19 Local income tax | |
| 20 Locality name | |

Copy C-For EMPLOYEE'S RECORDS (See Notice to Employee on the back of Copy B.) OMB No. 1545-0008 Dept. of the Treasury - IRS. Visit the IRS website at www.irs.gov/efile

---

## Form W-2 Wage and Tax Statement 2017

**This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.**

| Field | Value |
|---|---|
| c Employer's name, address, and ZIP code | NOVANT HEALTH CORPORATE<br>NOVANT HEALTH CORPORATE (001)<br>2085 FRONTIS PLAZA BOULEVARD<br>WINSTON-SALEM NC 27103 |
| e Employee's name, address, and ZIP code | DAVID GERALD DUVALL<br>1200 QUEENS ROAD<br>CHARLOTTE NC 28207-1868 |
| 7 Social security tips | |
| 8 Allocated tips | |
| 9 Verification code | |
| 10 Dependent care benefits | |
| 13 Statutory employee / Retirement plan (X) / Third-party sick pay | |
| b Employer identification number (EIN) | |
| a Employee's social security number | |
| 1 Wages, tips, other compensation | 614155.16 |
| 2 Federal income tax withheld | 170289.80 |
| 3 Social security wages | 127200.00 |
| 4 Social security tax withheld | 7886.40 |
| 5 Medicare wages and tips | 656155.16 |
| 6 Medicare tax withheld | 13619.65 |
| 11 Nonqualified plans | 15530.99 |
| 14 Other | |
| 12a C | 943.44 |
| 12b E | 24000.00 |
| 12c G | 18000.00 |
| 12d DD | 19042.66 |
| 15 State NC / Employer's state ID number 060061462 | |
| 16 State wages, tips, etc. | 614155.16 |
| 17 State income tax | 33897.00 |
| 18 Local wages, tips, etc. | |
| 19 Local income tax | |
| 20 Locality name | |

Copy C-For EMPLOYEE'S RECORDS (See Notice to Employee on the back of Copy B.) OMB No. 1545-0008 Dept. of the Treasury - IRS. Visit the IRS website at www.irs.gov/efile

---

## Form W-2 Wage and Tax Statement 2018

| Field | Value |
|---|---|
| b Employer identification number (EIN) | 56-1376950 |
| c Employer's name, address, and ZIP code | NOVANT HEALTH CORPORATE<br>NOVANT HEALTH CORPORATE (001)<br>2085 FRONTIS PLAZA BOULEVARD<br>WINSTON-SALEM NC 27103 |
| e Employee's first name and initial / Last name / Suff. | DAVID GERALD DUVALL<br>1200 QUEENS ROAD<br>CHARLOTTE NC 28207 |
| 12a C | 561.60 |
| 12b E | 15332.70 |
| 12c G | 14903.80 |
| 12d DD | 14156.54 |
| 12e | |
| 1 Wages, tips, other compensation | 586970.54 |
| 2 Federal income tax withheld | 144997.66 |
| 3 Social security wages | 128400.00 |
| 4 Social security tax withheld | 7960.80 |
| 5 Medicare wages and tips | 617207.04 |
| 6 Medicare tax withheld | 12704.36 |
| 7 Social security tips | |
| 8 Allocated tips | |
| 9 Verification Code | |
| 10 Dependent care benefits | |
| 11 Nonqualified plans | 66418.71 |
| 13 Statutory employee / Retirement plan / Third-party sick pay (X) | |
| 14 Other | |
| 15 State NC / Employer's state ID number 060061462 | |
| 16 State wages, tips, etc. | 586970.54 |
| 17 State income tax | 32560.00 |
| 18 Local wages, tips, etc. | |
| 19 Local income tax | |
| 20 Locality name | |

Form W-2 Wage and Tax Statement 2018  Department of the Treasury-Internal Revenue Service  OMB# 1545-0008  Copy C for EMPLOYEE'S RECORDS. (See Notice to Employee on back.)

0101-01-00-0009698-0001-0009727