Print This Page


**NOVANT HEALTH**

**Novant Health 457f**

DAVID G DUVALL
1200 QUEENS ROAD
CHARLOTTE, NC 28207-1868

**Retirement Savings Statement**

☎ Customer Service: (800) 343-0860
Fidelity Investments Institutional
Operations Company, Inc.
82 Devonshire Street
Boston, MA 02109

## Your Account Summary
Statement Period: 06/25/2019 to 06/26/2019

| | |
|---|---|
| Beginning Balance | $210,427.31 |
| Forfeitures | -$210,445.00 |
| Change in Market Value | $17.69 |
| | |
| Ending Balance | $0.00 |
| | |
| Additional Information | |
| Dividends & Interest | $193.74 |

This plan represents a non-qualified plan that is "unfunded" for tax purposes. The sponsor has established a trust that holds the plan's assets, but these assets are subject to the plan sponsor's creditors if the plan sponsor becomes insolvent.

Your Personal Rate of Return

This Period                                                                 0.0%

Your Personal Rate of Return is calculated with a time-weighted formula, widely used by financial analysts to calculate investment earnings. It reflects the results of your investment selections as well as any activity in the plan account(s) shown. There are other Personal Rate of Return formulas used that may yield different results. Remember that past performance is no guarantee of future results.

## Market Value of Your Account    Statement Period: 06/25/2019 to 06/26/2019

This section displays the value of your account for the period, in both shares and dollars.

| Investment | Shares as of 06/25/2019 | Shares as of 06/26/2019 | Price as of 06/25/2019 | Price as of 06/26/2019 | Account Value as of 06/25/2019 | Account Value as of 06/26/2019 |
|---|---|---|---|---|---|---|
| **Stock** | | | | | $126,014.78 | $0.00 |
| International | | | | | | |
| AQR Intl Equity R6 | 5,247.611 | 0.000 | $10.40 | $10.41 | $54,577.23 | $0.00 |
| SS Glbl Eq EX US K | 1,589.001 | 0.000 | $9.54 | $9.55 | $15,159.08 | $0.00 |
| Small Cap | | | | | | |
| DFA US Small Cap I | 620.850 | 0.000 | $32.92 | $32.97 | $20,438.38 | $0.00 |
| Large Cap | | | | | | |
| SS Equity 500 Idx K | 1,552.192 | 0.000 | $23.09 | $23.06 | $35,840.11 | $0.00 |
| **Bond** | | | | | $84,412.53 | $0.00 |
| Income | | | | | | |
| Pgim Total RTN BD R6 | 5,722.883 | 0.000 | $14.75 | $14.71 | $84,412.53 | $0.00 |
| **Account Totals** | | | | | $210,427.31 | $0.00 |

Remember that a dividend payment to fund shareholders reduces the share price of the fund, so a decrease in the share price for the statement period does not necessarily reflect lower fund performance.

This plan represents an unfunded, nonqualified plan, and no funded account has been established for you. In the event of a bankruptcy or insolvency, you would be an unsecured general creditor of the plan sponsor. For more information, refer to the plan documents.

Please refer to NetBenefits and other Plan information, such as your SPD, for a description of your right to direct investments under the Plan. For information on any plan restrictions or limitations on those rights visit NetBenefits and click on "Plan Information".

To help achieve long-term retirement security, you should give careful consideration to the benefits of a well-balanced and diversified investment portfolio. Spreading your assets among different types of investments can help you achieve a favorable rate of return, while minimizing your overall risk of losing money. This is because market or other economic conditions that cause one category of assets, or one particular security, to perform very well often cause another asset category, or another particular security, to perform poorly. If you invest more than 20% of your retirement savings in any one company or industry, your savings may not be properly diversified. Although diversification is not a guarantee against loss, it is an effective strategy to help you manage investment risk.

In deciding how to invest your retirement savings, you should take into account all of your assets, including any retirement savings outside of the Plan. No single approach is right for everyone because, among other factors, individuals have different financial goals, different time horizons for meeting their goals, and different tolerances for risk. It is also important to periodically review your investment portfolio, your investment objectives, and the investment options under the Plan to help ensure that your retirement

PLAINTIFF'S
EXHIBIT

**74**

savings will meet your retirement goals. Visit the Dept of Labor website www.dol.gov/agencies/ebsa/laws-and-regulations/laws/pension-protection-act/investing-and-diversification for information on individual investing and diversification.

## Your Contribution Elections as of

As of 01/24/2020

This section displays the investments in which your future contributions will be invested.

**Your Current Investment Elections as of 01/24/2020**
**All Eligible Sources**

| Investment Option | Current % |
|---|---|
| **Stock Investments** | |
| **LARGE CAP** | |
| SS EQUITY 500 IDX K | 15% |
| **SMALL CAP** | |
| DFA US SMALL CAP I | 10% |
| **INTERNATIONAL** | |
| AQR INTL EQUITY R6 | 28% |
| SS GLBL EQ EX US K | 7% |
| **Bond Investments** | |
| **INCOME** | |
| PGIM TOTAL RTN BD R6 | 40% |
| **Total** | **100%** |

## Your Contribution Summary

Statement Period: 06/26/2019 to 06/26/2019

| Contributions | 457f Retirement Plus Wrap | DC Serp |
|---|---|---|
| Period to date | $0.00 | $0.00 |
| Inception To Date | $30,028.00 | $226,170.93 |
| Total Account Balance | $0.00 | $0.00 |

## Your Account Activity

Statement Period: 06/26/2019 to 06/26/2019

Use this section as a summary of transactions that occurred in your account during the statement period.

Detailed Transaction History

| Activity | DFA US Small Cap I | AQR Intl Equity R6 | SS Equity 500 Idx K | SS Glbl Eq EX US K |
|---|---|---|---|---|
| Beginning Balance | $20,436.38 | $54,577.23 | $35,840.11 | $15,159.06 |
| Forfeitures | -$20,489.42 | -$54,629.72 | -$35,793.55 | -$15,174.96 |
| Change in Market Value | $31.04 | $52.49 | -$46.56 | $15.90 |
| Ending Balance | $0.00 | $0.00 | $0.00 | $0.00 |

| Activity | Pgim Total RTN BD R6 | Total |
|---|---|---|
| Beginning Balance | $84,412.53 | $210,427.31 |
| Forfeitures | -$84,377.35 | -$210,445.00 |
| Change in Market Value | -$35.18 | $17.69 |
| Ending Balance | $0.00 | $0.00 |
| Dividends & Interest | $193.74 | $193.74 |

## Your Account Information

As of 01/23/2020

**General Information**
Participant Status                     Terminated

Print This Page

PSW® provided by
**Fidelity**
INVESTMENTS

© 1998-2020 FMR LLC.
All rights reserved.

Terms of Use

NOVANT-000062