**EXHIBIT E. FRONT PAY**

| Age | 56 | 57 | 58 | 59 | 60 | 61 | 62 | 63 | 64 | 65 | 66 | 67 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **2021 Reference** | **2022** | **2023** | **2024** | **2025** | **2026** | **2027** | **2028** | **2029** | **2030** | **2031** | **2032 Prorated through 8/18** | **2032 Annualized** |
| **Base** | 493,295 | 527,826 | 564,773 | 604,308 | 646,609 | 691,872 | 740,303 | 792,124 | 847,573 | 906,903 | 970,386 | 654,137 | 1,038,313 |
| **AIP** | 228,150 | 244,121 | 261,209 | 279,494 | 299,058 | 319,992 | 342,392 | 366,359 | 392,004 | 419,444 | 448,806 | 302,540 | 480,222 |
| **LTI** | 89,092 | 95,328 | 102,002 | 109,142 | 116,781 | 124,956 | 133,703 | 143,062 | 153,077 | 163,792 | 175,257 | 118,141 | 187,525 |
| **DC SERP** | 73,994 | 79,174 | 84,716 | 90,646 | 96,991 | 103,781 | 111,045 | 118,819 | 127,136 | 136,035 | 145,558 | 98,121 | 155,747 |
| **457(f)** | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 4,725 | 7,500 |
| **Health** | 18,042 | 20,620 | 20,620 | 20,620 | 20,620 | 20,620 | 20,620 | 20,620 | 20,620 | 20,620 | 20,620 | 12,991 | 20,620 |
| **Exec Perk** | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 6,300 | 10,000 |
| **Auto** | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 7,560 | 12,000 |
| **401(a)** | 21,212 | 22,697 | 24,285 | 25,985 | 27,804 | 29,750 | 31,833 | 34,061 | 36,446 | 38,997 | 41,727 | 26,288 | 41,727 |
| **Total** | 953,285 | 1,019,265 | 1,087,105 | 1,159,694 | 1,237,364 | 1,320,471 | 1,409,396 | 1,504,545 | 1,606,355 | 1,715,291 | 1,831,853 | 1,230,802 | 1,953,654 |
| **2022 Backpay through 2/28/22** | | 526,888 | | | | | | | | | | | |
| **Adjusted Total** | | 492,377 | 1,087,105 | 1,159,694 | 1,237,364 | 1,320,471 | 1,409,396 | 1,504,545 | 1,606,355 | 1,715,291 | 1,831,853 | 1,230,802 | 1,953,654 |

| | | |
|---|---|---|
| **Total Undiscounted** | | **14,595,255** |
| **Total Discounted (NPV)** | | **12,983,705** |

`

**Notes:**

Base increased by 7% per year (5-year average market adjustment); Also reflects annual adjustments of other executives reported in 990 forms

Prorated 2032 is based on 63% of full year (230 days out of 365 days)

August 18, 2032 Duvall turns age 67

AIP increased by 7% per year (5-year average market adjustment); Also reflects annual adjustments of other executives reported in 990 forms

DC SERP, 15% of base

LTI formula is 30% x Y1 base salary x 73.75%  achievement score

401(a) contribution rate of 4.3% based on 2016 contribution of $15,900 on salary of $358,667  and $16,200 in 2017 on salary of 390,947)

Discount rate is 1.8% based on 10-year treasury rate as of 01/31/22 (SOURCE: https://www.treasury.gov/resource-center/data-chart-center/interest-rates/pages/textview.aspx?data=yield)