# EXHIBIT F
## Effective Rates Of Taxation
### (Married Couple Filing Jointly)

If 2021 backpay of $953,286 has been received in 2021, the effective tax rate was:

| | |
|---|---|
| Up to $19,900 is taxed at 10%: | $ 1,990 |
| $19,901 to $81,050 is taxed at 12%: | $ 7,338 |
| $81,051 to $172,750 is taxed at 22%: | $20,174 |
| $172,751 to $329,850 is taxed at 24%: | $ 37,464 |
| $328,851 to $418,850 is taxed at 32%: | $ 28,800 |
| $418,851 to $628,300 is taxed at 35%: | $ 73,202 |
| $628,001 and above is taxed at 37%: | $120,355 |
| TOTAL: | $289,323 |

Effective tax rate: $289,323/$953,286 or **30.35%**

For the 2022 back pay and front pay award of $1,010,108, the tax would be:

| | |
|---|---|
| First $20,550 is taxed at 10%: | $2,055 |
| $20,551 to $83,550 is taxed at 12%: | $7,560 |
| $83,551 to $178,150 is taxed at 22%: | $20,812 |
| $178,151 to $340,100 is taxed at 24%: | $38,868 |
| $340,101 to $431,900 is taxed at 32%: | $29,376 |
| $431,901 to $647,850 is taxed at 35%: | $75,582 |
| $647,851 and above is taxed at 37%: | $134,035 |
| TOTAL: | $308,287 |

Effective tax rate: $308,287/$1,010,108 or **30.52%**

If the couple receives a $10 Million lump sum, the 2022 tax would be:

| | |
|---|---|
| First $20,550 is taxed at 10%: | $2,055 |
| $20,551 to $83,550 is taxed at 12%: | $7,560 |
| $83,551 to $178,150 is taxed at 22%: | $20,812 |
| $178,151 to $340,100 is taxed at 24%: | $38,868 |
| $340,101 to $431,900 is taxed at 32%: | $29,376 |
| $431,901 to $647,850 is taxed at 35%: | $75,582 |
| $647,851 and above is taxed at 37%.: | $3,460,295 |
| TOTAL: | $3,634,547 |

Effective tax rate: $3,634,547/$10,000,000 or **36.35%**

Source:
https://www.irs.gov/newsroom/irs-provides-tax-inflation-adjustments-for-tax-year-2021
https://www.irs.gov/newsroom/irs-provides-tax-inflation-adjustments-for-tax-year-2022