IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-cv-624

| | |
|---|---|
| DAVID DUVALL, | ) |
| Plaintiff, | ) |
| v. | ) |
| NOVANT HEALTH, INC. | ) |
| Defendants. | ) |

**Plaintiff's Motion for an Award of Attorney's Fees and Costs.**

Plaintiff, through counsel and pursuant to 42 U.S.C. § 2000e-5(k), and moves the Court for an award of costs, including a reasonable attorney's fee, as the prevailing party in this action.

Plaintiff files a Memorandum and Exhibits in support of this motion.

Respectfully submitted, this the 26th day of August, 2012.

/s/ S. Luke Largess
S. LUKE LARGESS
N.C. Bar No. 17486
TIN, FULTON, WALKER, & OWEN, PLLC
301 East Park Avenue
Charlotte, North Carolina 28203
(704) 338-1220 telephone
(704) 338-1312 facsimile
llargess@tinfulton.com
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record:

This is the 26th day of August, 2022.

/s/S. Luke Largess
N.C. Bar No. 17486
*Attorney for Plaintiff*

