IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| DAVID L. DUVALL, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 3:19-cv-00624-DSC |
| NOVANT HEALTH, INC., | ) |
| Defendant. | ) |

AMENDED JUDGMENT

DECISION BY COURT. This action having come before the Court by Trial and Post-Trial Motions and two decisions having been rendered by the Court -- first, an Order of August 11, 2022 upon which a Judgment was entered on August 12, 2022, and then, on October 19, 2022, an Order amending the Judgment as well as awarding attorney's fees and costs;

IT IS ORDERED AND ADJUDGED that the Judgment entered on August 12, 2022 on the jury verdict for Plaintiff is hereby amended, pursuant to the Court's October 19, 2022 Order, and an Amended Judgment is entered as follows:

Plaintiff is awarded the following relief:

$2,457,527 in backpay;
$332,793 in prejudgment interest;
$1,078,066 in front pay;
$300,000 in punitive damages;
$399,105 in attorney's fees; and,
$15,482.11 in costs.

Signed: October 28, 2022

Frank G. Johns, Clerk
United States District Court