IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| DAVID DUVALL, </br></br> Plaintiff, </br></br> v. </br></br> NOVANT HEALTH, INC., </br></br> Defendant. | Civil Action No. 3:19-cv-624-DSC |

# NOTICE OF APPEAL

Defendant Novant Health, Inc. hereby appeals to the United States Court of Appeals for the Fourth Circuit from: (1) the Jury Verdict entered on October 26, 2021 (ECF 99); (2) the Court's Order denying Defendant's Renewed Motion for Judgment as a Matter of Law (ECF 124), granting in part and denying in part Defendant's Motion to Set Aside Punitive Damages (ECF 127), denying Defendant's Motion for Sanctions (ECF 130), denying Defendant's Motion to Strike Plaintiff's Post-Trial Evidence (ECF 137), and granting in part and denying in part Plaintiff's Motion for Entry of Judgment and Equitable Relief (ECF 132, 135), signed and entered on August 11, 2022 (ECF 164); (3) the Judgment entered on August 12, 2022 (ECF 165); (4) the Court's Order granting in part and denying in part Plaintiff's Motion to Alter or Amend the Judgment (ECF 166) and granting Plaintiff's Motion for an Award of Attorney's Fees and Costs (ECF 168), signed and entered on October 19, 2022 (ECF 175); and (5) the Amended Judgment entered on October 28, 2022 (ECF 177).

Respectfully submitted this 4th day of November, 2022.

s/ Charles E. Johnson
Charles E. Johnson
N.C. Bar No. 9890
cejohnson@robinsonbradshaw.com

Stephen M. Cox
N.C. Bar No. 23057
scox@robinsonbradshaw.com

Angelique R. Vincent-Hamacher
N.C. Bar No. 29547
avincent@robinsonbradshaw.com

Travis S. Hinman
N.C. Bar No. 50779
thinman@robinsonbradshaw.com

ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone: 704.377.2536
Facsimile: 704.373.3996

*-- and --*

s/ Benjamin R. Holland
Benjamin R. Holland
N.C. Bar No. 28580
ben.holland@ogletree.com

Margaret Santen
N.C. Bar No. 52947
maggie.santen@ogletree.com

Elizabeth R. Gift
N.C. Bar No. 44331
elizabeth.gift@ogletree.com

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
201 South College Street
Charlotte, North Carolina 28244
Telephone:   704.342.2588
Facsimile:   704.342.4379

***Attorneys for Defendant Novant Health, Inc.***