IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| DAVID DUVALL, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 3:19-cv-624-DSC |
| NOVANT HEALTH INC., | )<br>)<br>) |
| Defendant. | )<br>) |

## **ORDER**

Upon consideration of Defendant Novant Health Inc.'s Consent Motion for Stay of Judgment and for Approval of Supersedeas Bond,

IT IS HEREBY ORDERED that the Motion is GRANTED and Defendant Novant Health Inc. has up to and including ten days from the date of this Order to deposit with the Clerk of Court an executed surety bond in a form substantially similar to the bond attached as Exhibit A to Defendant's Motion for Stay of Judgment and Approval of Supersedeas Bond.

SO ORDERED.

Signed: January 12, 2023

David S. Cayer
United States Magistrate Judge