THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DAVID DUVALL,

        Plaintiff,

v.

NOVANT HEALTH, INC.,

        Defendant.

Civil Action No.: 3:19-CV-00624-SCR

## SECOND AMENDED JUDGMENT

**DECISION BY COURT**. This action having come before the Court by Trial and Post-Trial Motions and two decisions having been rendered by the Court – first an Order of August 11, 2022 upon which a Judgment was entered on August 12, 2022, and then, an Order entered on October 19, 2022 amending the Judgment as well as awarding attorney's fees and costs; the Amended Judgment was entered on October 28, 2022.

**DECISION BY FOURTH CIRCUIT COURT OF APPEALS:** By Decision of March 12, 2024, the United States Court of Appeals for the Fourth Circuit issued a decision vacating this Court's judgment as to punitive damages and affirming this Court's judgment as to back pay and front pay, and remanded the case for entry of an amended judgment consistent with its decision;

**IT IS ORDERED AND ADJUDGED** that the Amended Judgment entered on October 28, 2022 is hereby amended as follows:

    Plaintiff is awarded the following relief:

        $2,457,527 in back pay;
        $332,793 in prejudgment interest;
        $1,078,066 in front pay;
        $399,105 in attorney's fees; and,
        $15,482.11 in costs.

Interest on the above amounts shall accrue from October 28, 2022, at the rate of 4.57 percent per annum applicable on that date, compounded annually, until the date on which the judgment is satisfied, pursuant to 28 U.S.C. § 1961.

**ATTORNEYS' FEES ON APPEAL:** The Court has reserved ruling on Plaintiff's Motion for Attorneys' Fees on Appeal and will enter a separate Order as to the award of Attorneys' Fees.

Signed: September 11, 2024

Katherine Hord Simon, Clerk
United States District Court